Page 1  of  16

## North Carolina Boating Accident Report

NC-2022-0102

| | |
|---|---|
| Agency Case # | 195-001-090422 |
| Estimated total damage | $ 23300.00 |

All damage estimates are based on field observations or owner statements and are not intended for insurance or restitution purposes.

☐ **Preliminary**  ☐ **Supplemental**  ☒ **Final**

Type: ☐ Fatality  ☒ Injury beyond first aid  ☐ PWC involved
☐ Missing person  ☐ Property damage over $2000  ☐ Other

Reported By: North Carolina State

### General and Geographic Information

County: Pender

| | | | | |
|---|---|---|---|---|
| Date of Accident | 09/04/2022 | Day of Week | Sunday | Time of Accident (mil) | 1 8 0 0 |
| | | | Date/Time Officer Arrived (mil) | 09/04/2022 | 1 8 3 0 |

Nearest City: HAMPSTEAD
Body of Water: INTRACOASTAL WATERWAY

Exact Location: [redacted] ADJACENT TO MILL CREEK
Nearest River Mile ☐ or Point Marker ☐

Accident Site: ☐ Lake/Reservoir  ☐ River  ☐ Below Dam  ☐ Agency Lake  ☐ Creek  ☐ Marina/Harbor  ☐ Boat Ramp

### Restricted Area

☐ No Wake  ☐ Special Event (Permitted)  ☐ Boats "Keep Out"  ☒ None
☐ Swimming Area  ☐ PFD Wear Required  ☐ Other _____

NAD 83
| | |
|---|---|
| Latitude | 34.31076 |
| Longitude | 77.73164 |

### Weather (Check all that apply.)

☒ Clear  ☐ Cloudy
☐ Hazy  ☐ Rain
☐ Fog  ☐ Thunderstorm
☐ Sleet/Snow

**Visibility**
☒ Good
☐ Fair
☐ Poor

**Light**
☐ Dawn
☒ Day
☐ Dusk
☐ Night

**Water Conditions**
☒ Calm (waves less than 6")
☐ Choppy (waves 6" to 2')
☐ Rough (waves 2' to 6')
☐ Very rough (larger than 6')
☐ White water (river)

**Wind**
☒ Light (0-6 mph)
☐ Moderate (7-14 mph)
☐ Strong (15-25 mph)
☐ Storm (over 25 mph)

**Temperature**
| | | |
|---|---|---|
| Air | 82 | deg F. |
| Water | 80 | deg F. |

**Strong Current**
☐ River Current
☐ Dam Generated

### Non-vessel Property Damage

Describe damaged property.
DAMAGE TO FLOATING DOCK. DOCK WAS CRACKED IN THE MIDDLE AND SEPARATED.

Damage excluding the vessels involved or their contents?
☒ Yes  ☐ No

If yes, the estimated amount is
$ 16800 .00

| Property owner information | Last BEST | First DAVID | MI E | Home Ph [redacted] |
|---|---|---|---|---|
| | Street [redacted] | | | Cell Ph. |
| | City [redacted] | | | |

**Total Vessels Involved** 6     **Total Injured** 1     **Total Fatalities** 0

# North Carolina Boating Accident Report

Agency Case # | 195-001-090422

**Vessel Unknown** ☐

Vessel Priority  Give Way

| Reg. or Doc. # | HIN | Documented Name | Year Built |
|---|---|---|---|
| | GFS63004K88 | HOOKED ONA FEELING | 1988 |

| Length | Make | Model Name | # of POB | # Fatal | # Injured | # Skiers |
|---|---|---|---|---|---|---|
| 63' | GULFSTAR | 63 MY | 4 | 0 | 0 | Being Towed 0 |

**Estimated Speed**
- ☐ Unknown
- ☒ 10-20 mph
- ☐ Over 40 mph
- ☐ Less than 10 mph
- ☐ 21-40 mph
- ☐ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Government
- ☐ Commercial

**Est. Damage This Boat**
$ 0 .00

**Operator Info**  ☒ No Operator   Driver's License or Boater ID _____ 9

Status
- ☒ Uninjured  ☐ Injured
- ☐ Missing  ☐ Fatality

| Last | First | MI | Age | DOB |
|---|---|---|---|---|
| MANN | GORDON | D | | |

Street _____

City _____   State ___ ZIP ___

Home Ph. _____

Cell Ph. _____

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☒ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.
- ☐ Power Squadron
- ☐ Other
- ☐ State-NC
- ☐ Other State
- ☒ None

**OUI Info**   BAC ___
- ☐ Refused
- ☐ OUI arrest
- ☐ Drugs
- ☐ Been drinking
- ☒ No alcohol

**Gender** ☒ M  ☐ F
- ☐ PFD used
- ☒ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☒ or occupant. ☐ If occupant, use occupant section.

MANN    GORDON    D  _____

**Uninjured Occupant Information:**   Complete injury/fatal data sheets for each injury or fatality.

| # | Name | Phone | DOB | Violation Type | | Gender M F | Person was ejected | PFD used | Person can swim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | WOOTERS  KIRK | | | Is Violator ☐ | ☐ Citation ☐ No action | ☒ ☐ | ☐ | ☐ | ☒ |
| | Statute #   Violation: | | | | ☐ Warning ☐ Pending | | | | |
| 2 | SAUL  STACEY | | | Is Violator ☐ | ☐ Citation ☐ No action | ☒ ☐ | ☐ | ☐ | ☒ |
| | Statute #   Violation: | | | | ☐ Warning ☐ Pending | | | | |
| 3 | HUDSON  GARY | | | Is Violator ☐ | ☐ Citation ☐ No action | ☐ ☐ | ☐ | ☐ | ☒ |
| | Statute #   Violation: | Citation # | | | ☐ Warning ☐ Pending | | | | |
| | | | Case/Citation # | Is Violator ☐ | ☐ Citation ☐ No action | ☐ ☐ | ☐ | ☐ | ☐ |
| | Statute #   Violation: | Case/Citation # | | | ☐ Warning ☐ Pending | | | | |

**Type of Boat**
- ☐ Airboat
- ☐ Pontoon Boat
- ☒ Cabin Motorboat
- ☐ Raft
- ☐ Canoe
- ☐ Rowboat
- ☐ Houseboat
- ☐ Sail (aux. power)
- ☐ Kayak
- ☐ Sail (only)
- ☐ Open Motorboat
- ☐ Other _____
- ☐ Personal Watercraft

**# of Engines**  2

**Total HP/CC**  1470

**Propulsion**
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

**Safety Equipment**
- ☒ Required PFDs on board
- ☒ PFDs accessible
- ☒ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights operational
- ☐ Navigation lights turned on
- ☐ Current safety exam

**Hull Material**
- ☐ Aluminum
- ☐ Rigid Hull Inflatable
- ☒ Fiberglass
- ☐ Steel
- ☐ Wood
- ☐ Plastic/Vinyl
- ☐ Rubber
- ☐ Other _____

**Fuel**
- ☒ Diesel
- ☐ Electric
- ☐ Gasoline

**Engine**
- ☐ Airboat
- ☒ Inboard
- ☐ Outboard
- ☐ I/O

**Vessel was:**
- ☐ Rented
- ☐ Borrowed (not in household)

**Operation at Time of Accident** (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Docking/Undocking
- ☐ Being towed
- ☐ Drifting
- ☐ Towing a boat
- ☐ Launching/Loading
- ☐ Changing direction
- ☐ Rowing/Paddling
- ☐ Changing speed
- ☐ Sailing
- ☒ Cruising
- ☐ Wake/Surf jumping
- ☐ Docked (moored)
- ☐ Other _____

**Activity at Time of Accident** (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Skiing (tubing, wakeboarding)
- ☐ Fishing (recreational)
- ☐ Starting engine
- ☐ Fueling
- ☐ Swimming/Snorkling
- ☐ Hunting
- ☐ Tournament fishing
- ☐ Making repairs
- ☐ Commercial paddling
- ☐ Racing
- ☐ Recreational paddling
- ☐ Racing (unpermitted)
- ☐ Govt./Law enforcement
- ☒ Recreational cruising
- ☐ None
- ☐ Scuba diving

# North Carolina Boating Accident Report

Page 3 of 16

**Accident Type.** You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

| | | |
|---|---|---|
| ☐ Capsizing | ☐ Electrocution/stray voltage | ☐ Sinking |
| ☐ Carbon monoxide poisoning | ☑ 1 Fall in vessel | ☐ Skier mishap |
| ☑ 2 Collision with fixed object | ☐ Falls overboard | ☐ Person Struck by Vessel |
| ☐ Collision with floating object | ☐ Fire/explosion (fuel) | ☐ Struck by lower unit/propeller/propulsion unit |
| ☑ 3 Collision with vessel | ☐ Fire/explosion (other than fuel) | ☐ Struck submerged object |
| ☐ Departed vessel voluntarily | ☐ Flooding | ☐ Swamping |
| ☐ Ejected from vessel | ☐ Grounding | ☐ Unknown/undetermined |
| ☐ Electrocution aboard vessel | ☐ Occupant impacts vessel | |

**What contributed to the accident?**  You may enter up to three contributing causes for each vessel.

| | | |
|---|---|---|
| ☐ Alcohol impairment | ☐ Improper anchoring | ☐ Other cause not listed (describe) |
| ☒ Careless/reckless operation | ☐ Improper loading | |
| ☐ Cold water immersion | ☐ Improper lookout | ☐ Restricted vision aboard vessel |
| ☐ Congested waters | ☐ Improper type/size of vessel for the conditions | ☐ Sharp turn |
| ☐ Dam/lock | | ☐ Skier behavior |
| ☐ Departed vessel voluntarily | ☐ Lack of or improper navigation lights | ☐ Standing/sitting on gunwales, bow, and transom |
| ☐ Drug impairment | ☐ Machinery/vessel system failure (below) | |
| ☐ Environmental conditions affecting visibility (describe) | ☐ Navigation rules infraction/violation | ☐ Starting in gear |
| | ☐ Occupant behavior (describe) | ☐ Swimming ability |
| | | ☐ Undetermined |
| ☐ Equipment failure (below) | ☐ Off throttle loss of steering | ☒ Wake from vessel(s) |
| ☒ Excessive speed | ☐ Operator inattention | ☐ Weather/wind creating hazardous water conditions |
| ☐ Failure to vent | ☐ Operator inexperience | |
| ☐ Hazardous waters due to currents | ☐ Overloading | ☐ Did not contribute |
| ☐ Hull failure | ☐ Operation too close to other vessel/person in the water | |
| ☐ Ignition of spilled fuel or vapor | | |

**Equipment Failure**
Indicate the equipment that failed.

| | |
|---|---|
| ☐ Unknown | ☐ Sail demasting |
| ☐ Auxiliary equipment | ☐ Seat broke loose |
| ☐ Communications | ☐ Sound producing |
| ☐ Fire extinguisher | ☐ Visual distress |
| ☐ PFDs | |

**Machinery Failure**
Indicate every system that failed for each vessel.

| | |
|---|---|
| ☐ Unknown | ☐ Steering system |
| ☐ Electrical system | ☐ Throttle failure |
| ☐ Engine failure | ☐ Ventilation system |
| ☐ Fuel system | ☐ Starting engine in gear |
| ☐ Shift failure | |

**Violations**

| Vess # | Violator's Name (Just check box) | | Statute # | Violation | Type | | | Citation/Case # |
|---|---|---|---|---|---|---|---|---|
| 1 | Operator ☒ Owner ☐ | MANN  GORDON  D | 75A-10(A) | WRECKLESS AND NEGLIGENT | ☐ Citation ☐ Warning | ☐ No action ☒ Pending | | |
| 1 | Operator ☒ Owner ☐ | MANN  GORDON  D | 75A-6.1, | FAIL TO OPERATE AT SAFE SPEED | ☐ Citation ☐ Warning | ☐ No action ☒ Pending | | |
| 1 | Operator ☐ Owner ☐ | | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | | |

# North Carolina Boating Accident Report

**Diagram of Accident:** If applicable, diagram exactly what happened. Show the direction / location of boats involved before, during and after accident.

Diagram not to scale

**Brief Synopsis of Accident:** Synopsis for USCG database use.

All damage estimates are based on field observations or owner statements and are not intended for insurance or restitution purposes.

ON SUNDAY, SEPTEMBER 4TH 2022, AT APPROXIMATELY 1735 HOURS, GORDON MANN WAS OPERATING HIS 63' GULF STREAM CABIN MOTORBOAT (VESSEL 1) HEADING SOUTH NEAR MILL CREEK ON THE INTRACOASTAL WATERWAY. MR. MANN'S ESTIMATED SPEED WAS 10-20 MPH. VESSEL 1 WAS HEADING SOUTH CREATING A LARGE WAKE. LAWRENCE RIVENBARK WAS OPERATING HIS 24' ROBALO FIBERGLASS MOTORBOAT (VESSEL 2) HEADING NORTH ON THE INTRACOASTAL WATERWAY. MR. RIVENBARK NOTICED THAT VESSEL 1 WAS PUTTING OFF A LARGE WAKE SO MANEUVERED HIS VESSEL SO HE WOULD CONTACT THE WAKE OF VESSEL 1 BOW FIRST. VESSEL 2 WENT OVER THE LARGE WAKE OF VESSEL 1 AND SLAMMED DOWN VIOLENTLY. WHEN VESSEL 2 WENT OVER THE LARGE WAKE MS. RIVENBARK WAS SITTING ON THE BOW OF THE BOAT. AFTER VESSEL 2 SLAMMED DOWN OVER THE WAKE, MS. RIVENBARK COMPLAINED OF HER BACK HURTING. MS. RIVENBARK SAID THE PAIN DIDN'T SUBSIDE SO SHE WENT TO NOVANT HEALTH IN SCOTTSHILL. SHE WAS DIAGNOSED WITH A FRACTURED L1 VERTEBRAE. VESSEL 1 CONTINUED HEADING SOUTH DOWN THE INTRACOASTAL WATERWAY CREATING A LARGE WAKE AS HE PASSED THE DOCK AT SAILFISH AT MARSH CREEK MARINA. VESSEL 3, AN UNOCCUPIED 22' BULLS BAY 2200 FIBERGLASS MOTORBOAT WAS TIED OFF TO THE DOCK AT MARSH CREEK MARINA WHEN VESSEL 1 PASSED BY HEADING SOUTH ON THE INTRACOASTAL WATERWAY. VESSEL 4, A 17' PELICAN FLY17 FIBERGLASS MOTORBOAT WAS TIED OFF AT THE STERN DIRECTLY IN FRONT OF VESSEL 3 TO THE SAME DOCK. COLE EVANS WAS ON BOARD VESSEL 3 AND HAD JUST UNTIED THE BOW LINE WHEN THE WAKE OF VESSEL 1 IMPACTED HIS VESSEL. THE IMPACT OF THE WAKE FROM VESSEL 1 CAUSED THE BOW OF VESSEL 3 TO IMPACT THE OUTBOARD ENGINE AND STARBOARD STERN OF VESSEL 4. VESSEL 3 SUSTAINED MINOR DAMAGE TO THE RUB RAIL ON THE PORT SIDE OF THE BOW. VESSEL 4 SUSTAINED DAMAGE TO THE OUTBOARD ENGINE COWLING, ENGINE OUTBOARD SKIRT, A GOUGE TO THE FIBERGLASS STERN CAP, AND DAMAGE TO THE END OF THE TILLER HANDLE CONTROL. VESSEL 5, A 27'6" JUPITER 30 FIBERGLASS MOTORBOAT WAS TIED OFF TO THE DOCK AT ███ SIMMONS DRIVE ███ WHEN THE WAKE OF VESSEL 1 IMPACTED VESSEL 5. THE WAKE OF VESSEL 1 CAUSED VESSEL 5 TO COME IN CONTACT WITH THE DOCK, CAUSING FIBERGLASS DAMAGE TO THE CHINE ON THE STARBOARD SIDE. THE DOCK THAT VESSEL 5 WAS TIED TO, SEPARATED CAUSING EXTENSIVE DAMAGE TO A 40' SECTION. VESSEL 6, A 21' CAROLINA SKIFF FIBERGLASS MOTORBOAT WAS TIED OF TO THE DOCK AT ███ SCOTTS HILL LOOP ROAD ███ WHEN THE WAKE OF VESSEL 1 IMPACTED VESSEL 6. THE WAKE OF VESSEL 1 CAUSED VESSEL 6 TO COME IN CONTACT WITH THE DOCK, CAUSING DAMAGE TO THE FIBERGLASS HAUL ON THE PORT SIDE, AND THE DECAL ON THE STERN.

AT APPROXIMATELY 1830 HOURS ON SEPTEMBER 4TH, 2022, WILDLIFE OFFICER C. LUDWICK AND I (WILDLIFE OFFICER D.J. CRILLEY) WERE CONTACTED BY NCWRC DISPATCH ABOUT A BOATING INCIDENT. OFFICER LUDWICK AND I CONTACTED THE NEW HANOVER COUNTY MARINE UNIT WHO HAD VESSEL 1 STOPPED PRIOR TO OUR ARRIVAL. WE BOARDED VESSEL 1 JUST NORTH OF THE FIGURE 8 ISLAND BRIDGE AND BEGAN OUR INVESTIGATION.

# North Carolina Boating Accident Report

**Witness Information**

| Name | Address | Phone # |
|------|---------|---------|
| TEMPLETON   HANNON   ROGER | | |
| HOLLEY   WYATT   HOLLE | | |
| BEST   DAVID   EARL | | |
| BEST   KELLI | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Notes**

MR. TEMPLETON WITNESSED VESSEL ONE WHILE HE WAS STILL DOCKED AT THE SAILFISH MARINA.  THE STEARN OF MR. TEMPLETONS VESSEL CONTACTED THE BOW OF MR. HOLLEY'S VESSEL. BOTH OF THESE VESSELS WERE DOCKED AT THE MARINA  AND WERE NOT UNDERWAY. MR. HOLLEY WAS NOT IN HIS VESSEL.  MR. BEST WAS SITTING ON HIS DOCK WITH HIS WIFE ( KELLI BEST) WHEN THEY WITNESSED VESSEL 1 COME THROUGH THE INTRACOASTAL WATERWAY.

**Assisting Officers** (Last name and ID number)

| SELLERS | 801 | LUDWICK | 533 | |
|---------|-----|---------|-----|---|
| | | | | |

**Officer Completing Report**

Case file?  ☐ Yes  ☐ No

Boating Division Use Only

Print Officer's Name and ID#          Print Supervisor's Name and ID#

DERN       CRILLEY      195       Kyle       Van Althuis      902

**Investigative Time:**  Include total hours for response, search and rescue, and investigation.

| Reporting Officer's Hrs | Assisting Officer's Hrs | Supervisor's Hrs | Statewide Invest. Hrs | Administrative Hrs | Total Hours |
|---|---|---|---|---|---|
| 18.5 | 12 | | 31.5 | 1 | 30.5 |

DO NOT COMPLETE BELOW THIS LINE - STATE BOATING SAFETY REVIEWING AUTHORITY ONLY

**Federal Accident Classification:** For statistical use.

☒ Recreational   ☐ Commercial   ☐ Government   ☐ Non-reportable

| Primary Type | Secondary Type | Tertiary Type | Primary Cause | Secondary Cause | Tertiary Cause | Reviewed by: | ID# |
|---|---|---|---|---|---|---|---|
| FIB | CFX | CVS | CAR | ESP | VW | BJM | 602 |

# North Carolina Boating Accident Report

Agency Case # 195-001-090422

**V E S S E L   N U M B E R**

Vessel Unknown ☐    Vessel Priority Stand On

| Reg. or Doc. # | HIN ROBD0139J718 | Documented Name | Year Built 2017 |

| Length 24' | Make ROBALO | Model Name R247 | # of POB 3 | # Fatal 0 | # Injured 1 | # Skiers Being Towed 0 |

**Estimated Speed**
- ☐ Unknown
- ☒ Less than 10 mph
- ☐ 10-20 mph
- ☐ 21-40 mph
- ☐ Over 40 mph
- ☐ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Commercial
- ☐ Government

**Est. Damage This Boat**
$ .00

**Operator Info** No Operator ☐    Driver's License or Boater ID

| Last RIVENBARK | First LAWRENCE | MI D | Age | DOB |

Street
City    State    ZIP    Home Ph.
Cell Ph.

**Status**
- ☒ Uninjured
- ☐ Missing
- ☐ Injured
- ☐ Fatality

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☒ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.
- ☐ State-NC
- ☐ Power Squadron
- ☐ Other State
- ☐ Other
- ☒ None

**OUI Info    BAC**
- ☐ Refused
- ☐ OUI arrest
- ☐ Drugs
- ☐ Been drinking
- ☒ No alcohol

**Gender** ☒ M   ☐ F
- ☐ PFD used
- ☒ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☒ or occupant. ☐ If occupant, use occupant section.
RIVENBARK    LAWRENCE    D

**Uninjured Occupant Information:**    Complete injury/fatal data sheets for each injury or fatality.    Gender M F   Person was ejected   PFD used   Person can swim

| | Name | Phone | DOB | Violation Type | M | F | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DORMAN   CLEY | | | Is Violator ☐  ☐ Citation  ☐ No action  ☐ Warning  ☐ Pending | ☒ | ☐ | ☐ | ☐ | ☒ |
| | Statute # | Violation: | Case/Citation # | | | | | | |
| | | | | Is Violator ☐  ☐ Citation  ☐ No action  ☐ Warning  ☐ Pending | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | | | | | | |
| | | | | Is Violator ☐  ☐ Citation  ☐ No action  ☐ Warning  ☐ Pending | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | | | | | | |
| | | | | Is Violator ☐  ☐ Citation  ☐ No action  ☐ Warning  ☐ Pending | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | | | | | | |

2

**Type of Boat**
- ☐ Airboat
- ☐ Cabin Motorboat
- ☐ Canoe
- ☐ Houseboat
- ☐ Kayak
- ☒ Open Motorboat
- ☐ Personal Watercraft
- ☐ Pontoon Boat
- ☐ Raft
- ☐ Rowboat
- ☐ Sail (aux. power)
- ☐ Sail (only)
- ☐ Other

**Hull Material**
- ☐ Aluminum
- ☒ Fiberglass
- ☐ Wood
- ☐ Rubber
- ☐ Rigid Hull Inflatable
- ☐ Steel
- ☐ Plastic/Vinyl
- ☐ Other

**# of Engines** 1

**Total HP/CC** 300

**Fuel**
- ☐ Diesel
- ☐ Electric
- ☒ Gasoline

**Propulsion**
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

**Engine**
- ☐ Airboat
- ☐ Inboard
- ☒ Outboard
- ☐ I/O

**Safety Equipment**
- ☒ Required PFDs on board
- ☒ PFDs accessible
- ☒ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights operational
- ☐ Navigation lights turned on
- ☐ Current safety exam

**Vessel was:**
- ☐ Rented
- ☐ Borrowed (not in household)

**Operation at Time of Accident** (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Being towed
- ☐ Towing a boat
- ☒ Changing direction
- ☒ Changing speed
- ☒ Cruising
- ☐ Docked (moored)
- ☐ Docking/Undocking
- ☐ Drifting
- ☐ Launching/Loading
- ☐ Rowing/Paddling
- ☐ Sailing
- ☐ Wake/Surf jumping
- ☐ Other

**Activity at Time of Accident** (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Fishing (recreational)
- ☐ Fueling
- ☐ Hunting
- ☐ Making repairs
- ☐ Racing
- ☐ Racing (unpermitted)
- ☒ Recreational cruising
- ☐ Scuba diving
- ☐ Skiing (tubing, wakeboarding)
- ☐ Starting engine
- ☐ Swimming/Snorkling
- ☐ Tournament fishing
- ☐ Commercial paddling
- ☐ Recreational paddling
- ☐ Govt./Law enforcement
- ☐ None

# North Carolina Boating Accident Report

Page 7 of 16

**Accident Type.** You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

- ☐ Capsizing
- ☐ Carbon monoxide poisoning
- ☐ Collision with fixed object
- ☐ Collision with floating object
- ☐ Collision with vessel
- ☐ Departed vessel voluntarily
- ☐ Ejected from vessel
- ☐ Electrocution aboard vessel

- ☐ Electrocution/stray voltage
- ☐ Fall in vessel
- ☐ Falls overboard
- ☐ Fire/explosion (fuel)
- ☐ Fire/explosion (other than fuel)
- ☐ Flooding
- ☐ Grounding
- ☐1 Occupant impacts vessel

- ☐ Sinking
- ☐ Skier mishap
- ☐ Person Struck by Vessel
- ☐ Struck by lower unit/propeller/propulsion unit
- ☐ Struck submerged object
- ☐ Swamping
- ☐ Unknown/undetermined

## What contributed to the accident?
You may enter up to three contributing causes for each vessel.

- ☐ Alcohol impairment
- ☐ Careless/reckless operation
- ☐ Cold water immersion
- ☐ Congested waters
- ☐ Dam/lock
- ☐ Departed vessel voluntarily
- ☐ Drug impairment
- ☐ Environmental conditions affecting visibility (describe)

  _____
- ☐ Equipment failure (below)
- ☐ Excessive speed
- ☐ Failure to vent
- ☐ Hazardous waters due to currents
- ☐ Hull failure
- ☐ Ignition of spilled fuel or vapor

- ☐ Improper anchoring
- ☐ Improper loading
- ☐ Improper lookout
- ☐ Improper type/size of vessel for the conditions
- ☐ Lack of or improper navigation lights
- ☐ Machinery/vessel system failure (below)
- ☐ Navigation rules infraction/violation
- ☐ Occupant behavior (describe)

  _____
- ☐ Off throttle loss of steering
- ☐ Operator inattention
- ☐ Operator inexperience
- ☐ Overloading
- ☐ Operation too close to other vessel/person in the water

- ☐ Other cause not listed (describe)

  _____
- ☐ Restricted vision aboard vessel
- ☐ Sharp turn
- ☐ Skier behavior
- ☐ Standing/sitting on gunwales, bow, and transom
- ☐ Starting in gear
- ☐ Swimming ability
- ☐ Undetermined
- ☒ Wake from vessel(s)
- ☐ Weather/wind creating hazardous water conditions
- ☐ Did not contribute

## Equipment Failure
Indicate the equipment that failed.

- ☐ Unknown
- ☐ Auxiliary equipment
- ☐ Communications
- ☐ Fire extinguisher
- ☐ PFDs

- ☐ Sail demasting
- ☐ Seat broke loose
- ☐ Sound producing
- ☐ Visual distress

## Machinery Failure
Indicate every system that failed for each vessel.

- ☐ Unknown
- ☐ Electrical system
- ☐ Engine failure
- ☐ Fuel system
- ☐ Shift failure

- ☐ Steering system
- ☐ Throttle failure
- ☐ Ventilation system
- ☐ Starting engine in gear

## Violations

| Vess # | Violator's Name (Just check box) | Statute # | Violation | Type | | Citation/Case # |
|---|---|---|---|---|---|---|
| 2 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 2 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 2 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |

# North Carolina Boating Accident Report

## VESSEL 2 — INJURED 1

**Type** [X] Injured [ ] Fatality [ ] Missing (body not located)

**Victim Information** [ ] Operator [ ] Swimmer [ ] On shore/dock [X] Occupant [ ] Skier [ ] M [X] F

| Last | First | MI | Age | DOB |
|---|---|---|---|---|
| RIVENBARK | TRACI | | | |

Street: 

Home Ph.: 

| City | State | ZIP | Cell Ph. | Is Violator [ ] |
|---|---|---|---|---|

**Violation Type** [ ] Citation [ ] No action [ ] Warning [ ] Pending

| Statute # | Violation: | Case/Citation # |
|---|---|---|

**Treatment**
[X] Treated and released
[ ] Admitted to hospital
[ ] Refused treatment

**Injury caused by**
[X] Impact with boat
[ ] Impact with water
[ ] Impact with fixed object
[ ] Impact with floating object
[ ] Struck by boat
[ ] Propeller or skeg
[ ] Environment

**Victim activity**
[ ] Fishing
[ ] Hunting
[X] Recreational cruising
[ ] Scuba diving
[ ] Snorkeling
[ ] Swimming
[ ] Skiing (tubing, wakeboarding)
[ ] Other _____

**Pri. and sec. injury**
[ ] Amputation
[ ] Back injury
[ ] Broken bone(s)
[ ] Burns
[ ] Contusions
[ ] Dislocations
[ ] Head injury
[ ] Hypothermia
[ ] Internal injuries
[ ] Laceration
[ ] Neck injury
[ ] Shock
[1] Spinal injury
[ ] Sprain/Strain
[ ] Teeth/Jaw
[ ] Carbon monoxide
[ ] Near drowning

**PFD use**
[ ] Type I [ ] Type III [ ] Type V
[ ] Type II [ ] Type IV [ ] Inflatable
[ ] USCG Approved
USCG Approval # _____

**Physical condition**
[X] Unknown [ ] Under inf. alcohol/drugs
[ ] Normal    BAC _____
[ ] Handicapped
[ ] Other _____

**Death caused by**
[ ] Drowning
[ ] Hypothermia
[ ] Trauma
[ ] Carbon monoxide
[ ] Electricity
[ ] Fire/Smoke
[ ] Medical

**Synopsis**
[ ] Fatal
[X] Injury

TRACI RIVENBARK WAS SEATED IN THE BOW OF VESSEL 2. VESSEL 2 WENT OVER THE LARGE WAKE CREATED BY VESSEL 1. AFTER VESSEL 2 WENT OVER THE WAKE IT SLAMMED DOWN CAUSING INJURY TO MS. RIVENBARK'S BACK. MS. RIVENBARK SUFFERED A FRACTURE TO HER L1 VERTEBRAE.

**Location of injury**

## VESSEL — INJURED

**Type** [ ] Injured [ ] Fatality [ ] Missing (body not located)

**Victim Information** [ ] Operator [ ] Swimmer [ ] On shore/dock [ ] Occupant [ ] Skier [ ] M [ ] F

| Last | First | MI | Age | DOB |
|---|---|---|---|---|

Street: 

Home Ph.: 

| City | State | ZIP | Cell Ph. | Is Violator [ ] |
|---|---|---|---|---|

**Violation Type** [ ] Citation [ ] No action [ ] Warning [ ] Pending

| Statute # | Violation: | Case/Citation # |
|---|---|---|

**Treatment**
[ ] Treated and released
[ ] Admitted to hospital
[ ] Refused treatment

**Injury caused by**
[ ] Impact with boat
[ ] Impact with water
[ ] Impact with fixed object
[ ] Impact with floating object
[ ] Struck by boat
[ ] Propeller or skeg
[ ] Environment

**Victim activity**
[ ] Fishing
[ ] Hunting
[ ] Recreational cruising
[ ] Scuba diving
[ ] Snorkeling
[ ] Swimming
[ ] Skiing (tubing, wakeboarding)
[ ] Other _____

**Pri. and sec. injury**
[ ] Amputation
[ ] Back injury
[ ] Broken bone(s)
[ ] Burns
[ ] Contusions
[ ] Dislocations
[ ] Head injury
[ ] Hypothermia
[ ] Internal injuries
[ ] Laceration
[ ] Neck injury
[ ] Shock
[ ] Spinal injury
[ ] Sprain/Strain
[ ] Teeth/Jaw
[ ] Carbon monoxide
[ ] Near drowning

**PFD use**
[ ] Type I [ ] Type III [ ] Type V
[ ] Type II [ ] Type IV [ ] Inflatable
[ ] USCG Approved
USCG Approval # _____

**Physical condition**
[ ] Unknown [ ] Under inf. alcohol/drugs
[ ] Normal    BAC _____
[ ] Handicapped
[ ] Other _____

**Death caused by**
[ ] Drowning
[ ] Hypothermia
[ ] Trauma
[ ] Carbon monoxide
[ ] Electricity
[ ] Fire/Smoke
[ ] Medical

**Synopsis**
[ ] Fatal
[ ] Injury

**Location of injury**

# North Carolina Boating Accident Report

| Agency Case # | 195-001-090422 |
|---|---|

**Vessel Unknown** ☐ | **Vessel Priority**

| Reg. or Doc. # | HIN FVZT7960B121 | Documented Name | Year Built 2021 |
|---|---|---|---|

| Length 22' | Make BULLS BAY | Model Name 2200 | # of POB 0 | # Fatal 0 | # Injured 0 | # Skiers Being Towed 0 |
|---|---|---|---|---|---|---|

**Estimated Speed**
- ☐ Unknown
- ☐ Less than 10 mph
- ☐ 10-20 mph
- ☐ 21-40 mph
- ☒ Over 40 mph
- ☐ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Commercial
- ☐ Government

**Est. Damage This Boat**
$ 1000.00

**Operator Info**
No Operator ☒ | Driver's License or Boater ID #

| Last | First | MI | Age | DOB |
|---|---|---|---|---|
| Street | | | Home Ph. | |
| City | State | ZIP | Cell Ph. | |

**Status**
- ☐ Uninjured  ☐ Injured
- ☐ Missing  ☐ Fatality

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☐ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.  ☐ Power Squadron  ☐ Other
- ☐ State-NC  ☐ Other State  ☐ None

**OUI Info    BAC**
- ☐ Refused
- ☐ OUI arrest
- ☐ Drugs
- ☐ Been drinking
- ☐ No alcohol

**Gender** ☐ M ☐ F
- ☐ PFD used
- ☐ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☒ or occupant. ☐  If occupant, use occupant section.

**Uninjured Occupant Information:** — Complete injury/fatal data sheets for each injury or fatality. Gender M F | Person was ejected | PFD used | Person can swim

| Name | Phone | DOB | Violation Type | | |
|---|---|---|---|---|---|
| | | | Is Violator ☐ | ☐ Citation  ☐ No action | |
| Statute # | Violation: | Case/ Citation # | ☐ Warning  ☐ Pending | ☐☐ ☐ ☐ |
| | | | Is Violator ☐ | ☐ Citation  ☐ No action | |
| Statute # | Violation: | Case/ Citation # | ☐ Warning  ☐ Pending | ☐☐ ☐ ☐ |
| | | | Is Violator ☐ | ☐ Citation  ☐ No action | |
| Statute # | Violation: | Case/ Citation # | ☐ Warning  ☐ Pending | ☐☐ ☐ ☐ |
| | | | Is Violator ☐ | ☐ Citation  ☐ No action | |
| Statute # | Violation: | Case/ Citation # | ☐ Warning  ☐ Pending | ☐☐ ☐ ☐ |

**Type of Boat**
- ☐ Airboat
- ☐ Cabin Motorboat
- ☐ Canoe
- ☐ Houseboat
- ☐ Kayak
- ☒ Open Motorboat
- ☐ Personal Watercraft
- ☐ Pontoon Boat
- ☐ Raft
- ☐ Rowboat
- ☐ Sail (aux. power)
- ☐ Sail (only)
- ☐ Other _____

**Hull Material**
- ☐ Aluminum
- ☒ Fiberglass
- ☐ Wood
- ☐ Rubber
- ☐ Rigid Hull Inflatable
- ☐ Steel
- ☐ Plastic/Vinyl
- ☐ Other _____

**# of Engines** 1

**Total HP/CC** 150

**Fuel**
- ☐ Diesel
- ☐ Electric
- ☒ Gasoline

**Propulsion**
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

**Engine**
- ☐ Airboat
- ☐ Inboard
- ☒ Outboard
- ☐ I/O

**Safety Equipment**
- ☒ Required PFDs on board
- ☒ PFDs accessible
- ☐ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights operational
- ☐ Navigation lights turned on
- ☐ Current safety exam

**Vessel was:**
- ☐ Rented
- ☐ Borrowed (not in household)

**Operation at Time of Accident** (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Being towed
- ☐ Towing a boat
- ☐ Changing direction
- ☐ Changing speed
- ☐ Cruising
- ☒ Docked (moored)
- ☐ Docking/Undocking
- ☐ Drifting
- ☐ Launching/Loading
- ☐ Rowing/Paddling
- ☐ Sailing
- ☐ Wake/Surf jumping
- ☐ Other _____

**Activity at Time of Accident** (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Fishing (recreational)
- ☐ Fueling
- ☐ Hunting
- ☐ Making repairs
- ☐ Racing
- ☐ Racing (unpermitted)
- ☐ Recreational cruising
- ☐ Scuba diving
- ☐ Skiing (tubing, wakeboarding)
- ☐ Starting engine
- ☐ Swimming/Snorkling
- ☐ Tournament fishing
- ☐ Commercial paddling
- ☐ Recreational paddling
- ☐ Govt./Law enforcement
- ☒ None

V E S S E L   N U M B E R   3

# North Carolina Boating Accident Report

Page 10 of 16

**Accident Type.**   You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

| | | |
|---|---|---|
| ☐ Capsizing | ☐ Electrocution/stray voltage | ☐ Sinking |
| ☐ Carbon monoxide poisoning | ☐ Fall in vessel | ☐ Skier mishap |
| ☐ Collision with fixed object | ☐ Falls overboard | ☐ Person Struck by Vessel |
| ☐ Collision with floating object | ☐ Fire/explosion (fuel) | ☐ Struck by lower unit/propeller/propulsion unit |
| **1** Collision with vessel | ☐ Fire/explosion (other than fuel) | ☐ Struck submerged object |
| ☐ Departed vessel voluntarily | ☐ Flooding | ☐ Swamping |
| ☐ Ejected from vessel | ☐ Grounding | ☐ Unknown/undetermined |
| ☐ Electrocution aboard vessel | ☐ Occupant impacts vessel | |

**What contributed to the accident?**   You may enter up to three contributing causes for each vessel.

| | | |
|---|---|---|
| ☐ Alcohol impairment | ☐ Improper anchoring | ☐ Other cause not listed (describe) |
| ☐ Careless/reckless operation | ☐ Improper loading | |
| ☐ Cold water immersion | ☐ Improper lookout | ☐ Restricted vision aboard vessel |
| ☐ Congested waters | ☐ Improper type/size of vessel for the | ☐ Sharp turn |
| ☐ Dam/lock | conditions | ☐ Skier behavior |
| ☐ Departed vessel voluntarily | ☐ Lack of or improper navigation lights | ☐ Standing/sitting on gunwales, bow, |
| ☐ Drug impairment | ☐ Machinery/vessel system failure (below) | and transom |
| ☐ Environmental conditions affecting | ☐ Navigation rules infraction/violation | ☐ Starting in gear |
| visibility (describe) | ☐ Occupant behavior (describe) | ☐ Swimming ability |
| | | ☐ Undetermined |
| ☐ Equipment failure (below) | ☐ Off throttle loss of steering | ☒ Wake from vessel(s) |
| ☐ Excessive speed | ☐ Operator inattention | ☐ Weather/wind creating hazardous water |
| ☐ Failure to vent | ☐ Operator inexperience | conditions |
| ☐ Hazardous waters due to currents | ☐ Overloading | ☐ Did not contribute |
| ☐ Hull failure | ☐ Operation too close to other | |
| ☐ Ignition of spilled fuel or vapor | vessel/person in the water | |

## Equipment Failure
Indicate the equipment that failed.

| | |
|---|---|
| ☐ Unknown | ☐ Sail demasting |
| ☐ Auxiliary equipment | ☐ Seat broke loose |
| ☐ Communications | ☐ Sound producing |
| ☐ Fire extinguisher | ☐ Visual distress |
| ☐ PFDs | |

## Machinery Failure
Indicate every system that failed for each vessel.

| | |
|---|---|
| ☐ Unknown | ☐ Steering system |
| ☐ Electrical system | ☐ Throttle failure |
| ☐ Engine failure | ☐ Ventilation system |
| ☐ Fuel system | ☐ Starting engine in gear |
| ☐ Shift failure | |

## Violations

| Vess # | Violator's Name *(Just check box)* | Statute # | Violation | Type | | Citation/Case # |
|---|---|---|---|---|---|---|
| 3 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 3 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 3 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |

# North Carolina Boating Accident Report

**Agency Case #** 195-001-090422

## VESSEL NUMBER

| Vessel Unknown ☐ | | Vessel Priority | | |
|---|---|---|---|---|

| Reg. or Doc. # | HIN PCLTCJAB514 | Documented Name | Year Built 2014 |
|---|---|---|---|

| Length 17' | Make PELICAN | Model Name 17 FLY | # of POB 1 | # Fatal 0 | # Injured 0 | # Skiers Being Towed 0 |
|---|---|---|---|---|---|---|

**Estimated Speed**
- ☐ Unknown
- ☐ Less than 10 mph
- ☐ 10-20 mph
- ☐ 21-40 mph
- ☐ Over 40 mph
- ☒ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Commercial
- ☐ Government

**Est. Damage This Boat**
$ 3900 .00

**Operator Info**  ☒ No Operator   Driver's License or Boater ID #

| Last | First | MI | Age | DOB |
|---|---|---|---|---|
| Street | | | | Home Ph. |
| City | | State | ZIP | Cell Ph. |

**Status**
- ☐ Uninjured   ☐ Injured
- ☐ Missing   ☐ Fatality

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☐ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.   ☐ Power Squadron   ☐ Other
- ☐ State-NC   ☐ Other State   ☐ None

**OUI Info   BAC**
- ☐ Refused
- ☐ OUI arrest   ☐ Been drinking
- ☐ Drugs   ☐ No alcohol

**Gender** ☐ M   ☐ F
- ☐ PFD used
- ☐ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☐ or occupant. ☐ If occupant, use occupant section.

TEMPLETON   JEROME   R

**Uninjured Occupant Information:** Complete injury/fatal data sheets for each injury or fatality.

| | Name | Phone | DOB | Violation Type | Gender M F | Person was ejected | PFD used | Person can swim |
|---|---|---|---|---|---|---|---|---|
| 1 | EVANS   COLE   H | | | Is Violator ☐ ☐ Citation ☐ No action | ☒ ☐ | ☒ | ☐ | ☒ |
| | Statute # | Violation: | Case/Citation # | ☐ Warning ☐ Pending | | | | |
| | | | | Is Violator ☐ ☐ Citation ☐ No action | ☐ ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | ☐ Warning ☐ Pending | | | | |
| | | | | Is Violator ☐ ☐ Citation ☐ No action | ☐ ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | ☐ Warning ☐ Pending | | | | |
| | | | | Is Violator ☐ ☐ Citation ☐ No action | ☐ ☐ | ☐ | ☐ | ☐ |
| | Statute # | Violation: | Case/Citation # | ☐ Warning ☐ Pending | | | | |

4

**Type of Boat**
- ☐ Airboat
- ☐ Cabin Motorboat
- ☐ Canoe
- ☐ Houseboat
- ☐ Kayak
- ☒ Open Motorboat
- ☐ Personal Watercraft
- ☐ Pontoon Boat
- ☐ Raft
- ☐ Rowboat
- ☐ Sail (aux. power)
- ☐ Sail (only)
- ☐ Other _____

**Hull Material**
- ☐ Aluminum
- ☒ Fiberglass
- ☐ Wood
- ☐ Rubber
- ☐ Rigid Hull Inflatable
- ☐ Steel
- ☐ Plastic/Vinyl
- ☐ Other _____

**# of Engines** 1

**Total HP/CC** 60

**Fuel**
- ☐ Diesel
- ☐ Electric
- ☒ Gasoline

**Propulsion**
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

**Engine**
- ☐ Airboat
- ☐ Inboard
- ☒ Outboard
- ☐ I/O

**Safety Equipment**
- ☐ Required PFDs on board
- ☐ PFDs accessible
- ☐ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights operational
- ☐ Navigation lights turned on
- ☐ Current safety exam

**Vessel was:**
- ☐ Rented
- ☐ Borrowed (not in household)

**Activity at Time of Accident** (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Fishing (recreational)
- ☐ Fueling
- ☐ Hunting
- ☐ Making repairs
- ☐ Racing
- ☐ Racing (unpermitted)
- ☐ Recreational cruising
- ☐ Scuba diving
- ☐ Skiing (tubing, wakeboarding)
- ☐ Starting engine
- ☐ Swimming/Snorkling
- ☐ Tournament fishing
- ☐ Commercial paddling
- ☐ Recreational paddling
- ☐ Govt./Law enforcement
- ☒ None

**Operation at Time of Accident** (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Being towed
- ☐ Towing a boat
- ☐ Changing direction
- ☐ Changing speed
- ☐ Cruising
- ☒ Docked (moored)
- ☐ Docking/Undocking
- ☐ Drifting
- ☐ Launching/Loading
- ☐ Rowing/Paddling
- ☐ Sailing
- ☐ Wake/Surf jumping
- ☐ Other _____

# North Carolina Boating Accident Report

**Accident Type.**   You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

| | | |
|---|---|---|
| ☐ Capsizing | ☐ Electrocution/stray voltage | ☐ Sinking |
| ☐ Carbon monoxide poisoning | ☐ Fall in vessel | ☐ Skier mishap |
| ☐ Collision with fixed object | ☐ Falls overboard | ☐ Person Struck by Vessel |
| ☐ Collision with floating object | ☐ Fire/explosion (fuel) | ☐ Struck by lower unit/propeller/propulsion unit |
| ☑1 Collision with vessel | ☐ Fire/explosion (other than fuel) | ☐ Struck submerged object |
| ☐ Departed vessel voluntarily | ☐ Flooding | ☐ Swamping |
| ☐ Ejected from vessel | ☐ Grounding | ☐ Unknown/undetermined |
| ☐ Electrocution aboard vessel | ☐ Occupant impacts vessel | |

**What contributed to the accident?**   You may enter up to three contributing causes for each vessel.

| | | |
|---|---|---|
| ☐ Alcohol impairment | ☐ Improper anchoring | ☐ Other cause not listed (describe) |
| ☐ Careless/reckless operation | ☐ Improper loading | |
| ☐ Cold water immersion | ☐ Improper lookout | ☐ Restricted vision aboard vessel |
| ☐ Congested waters | ☐ Improper type/size of vessel for the conditions | ☐ Sharp turn |
| ☐ Dam/lock | | ☐ Skier behavior |
| ☐ Departed vessel voluntarily | ☐ Lack of or improper navigation lights | ☐ Standing/sitting on gunwales, bow, and transom |
| ☐ Drug impairment | ☐ Machinery/vessel system failure (below) | |
| ☐ Environmental conditions affecting visibility (describe) | ☐ Navigation rules infraction/violation | ☐ Starting in gear |
| | ☐ Occupant behavior (describe) | ☐ Swimming ability |
| | | ☐ Undetermined |
| ☐ Equipment failure (below) | ☐ Off throttle loss of steering | ☒ Wake from vessel(s) |
| ☐ Excessive speed | ☐ Operator inattention | ☐ Weather/wind creating hazardous water conditions |
| ☐ Failure to vent | ☐ Operator inexperience | |
| ☐ Hazardous waters due to currents | ☐ Overloading | ☐ Did not contribute |
| ☐ Hull failure | ☐ Operation too close to other vessel/person in the water | |
| ☐ Ignition of spilled fuel or vapor | | |

## Equipment Failure
Indicate the equipment that failed.

| | |
|---|---|
| ☐ Unknown | ☐ Sail demasting |
| ☐ Auxiliary equipment | ☐ Seat broke loose |
| ☐ Communications | ☐ Sound producing |
| ☐ Fire extinguisher | ☐ Visual distress |
| ☐ PFDs | |

## Machinery Failure
Indicate every system that failed for each vessel.

| | |
|---|---|
| ☐ Unknown | ☐ Steering system |
| ☐ Electrical system | ☐ Throttle failure |
| ☐ Engine failure | ☐ Ventilation system |
| ☐ Fuel system | ☐ Starting engine in gear |
| ☐ Shift failure | |

## Violations

| Vess # | Violator's Name (Just check box) | Statute # | Violation | Type | | Citation/Case # |
|---|---|---|---|---|---|---|
| 4 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 4 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |
| 4 | ☐ Operator ☐ Owner | | | ☐ Citation ☐ Warning | ☐ No action ☐ Pending | |

# North Carolina Boating Accident Report

Agency Case # 195-001-090422

## VESSEL NUMBER 5

| Vessel Unknown ☐ | Vessel Priority |
|---|---|

| Reg. or Doc. # | HIN MEV30271D122 | Documented Name | Year Built 2021 |
|---|---|---|---|

| Length 29'6" | Make JUPITER MARINE | Model Name JUPITER 30 | # of POB | # Fatal 0 | # Injured 0 | # Skiers Being Towed 0 |
|---|---|---|---|---|---|---|

**Estimated Speed**
- ☐ Unknown
- ☐ Less than 10 mph
- ☐ 10-20 mph
- ☐ 21-40 mph
- ☐ Over 40 mph
- ☒ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Commercial
- ☐ Government

**Est. Damage This Boat**
$ 1100 .00

**Operator Info** No Operator ☒   Driver's License or Boater ID #

| Last | First | MI | Age | DOB |
|---|---|---|---|---|
| Street | | | Home Ph. | |
| City | State | ZIP | Cell Ph. | |

**Status**
- ☐ Uninjured
- ☐ Missing
- ☐ Injured
- ☐ Fatality

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☐ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.
- ☐ State-NC
- ☐ Power Squadron
- ☐ Other State
- ☐ Other
- ☐ None

**OUI Info      BAC**
- ☐ Refused
- ☐ OUI arrest
- ☐ Drugs
- ☐ Been drinking
- ☐ No alcohol

**Gender** ☐ M   ☐ F
- ☐ PFD used
- ☐ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☐ or occupant. ☐ If occupant, use occupant section.

BEST   DAVID   E

**Uninjured Occupant Information:**   Complete injury/fatal data sheets for each injury or fatality.

| Name | Phone | DOB | Violation Type | Gender M F | Person was ejected | PFD used | Person can swim |
|---|---|---|---|---|---|---|---|
| | | | Is Violator ☐   ☐ Citation   ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning   ☐ Pending | ☐ ☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐   ☐ Citation   ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning   ☐ Pending | ☐ ☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐   ☐ Citation   ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning   ☐ Pending | ☐ ☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐   ☐ Citation   ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning   ☐ Pending | ☐ ☐ | ☐ | ☐ | ☐ |

## Type of Boat
- ☐ Airboat
- ☐ Cabin Motorboat
- ☐ Canoe
- ☐ Houseboat
- ☐ Kayak
- ☒ Open Motorboat
- ☐ Personal Watercraft
- ☐ Pontoon Boat
- ☐ Raft
- ☐ Rowboat
- ☐ Sail (aux. power)
- ☐ Sail (only)
- ☐ Other _____

## Hull Material
- ☐ Aluminum
- ☒ Fiberglass
- ☐ Wood
- ☐ Rubber
- ☐ Rigid Hull Inflatable
- ☐ Steel
- ☐ Plastic/Vinyl
- ☐ Other _____

## Operation at Time of Accident (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Being towed
- ☐ Towing a boat
- ☐ Changing direction
- ☐ Changing speed
- ☐ Cruising
- ☒ Docked (moored)
- ☐ Docking/Undocking
- ☐ Drifting
- ☐ Launching/Loading
- ☐ Rowing/Paddling
- ☐ Sailing
- ☐ Wake/Surf jumping
- ☐ Other _____

## # of Engines
2

## Total HP/CC
600

## Fuel
- ☐ Diesel
- ☐ Electric
- ☒ Gasoline

## Propulsion
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

## Engine
- ☐ Airboat
- ☐ Inboard
- ☒ Outboard
- ☐ I/O

## Activity at Time of Accident (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Fishing (recreational)
- ☐ Fueling
- ☐ Hunting
- ☐ Making repairs
- ☐ Racing
- ☐ Racing (unpermitted)
- ☐ Recreational cruising
- ☐ Scuba diving
- ☐ Skiing (tubing, wakeboarding)
- ☐ Starting engine
- ☐ Swimming/Snorkling
- ☐ Tournament fishing
- ☐ Commercial paddling
- ☐ Recreational paddling
- ☐ Govt./Law enforcement
- ☒ None

## Safety Equipment
- ☐ Required PFDs on board
- ☐ PFDs accessible
- ☐ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights operable
- ☐ Navigation lights turned on
- ☐ Current safety exam

## Vessel was:
- ☐ Rented
- ☐ Borrowed (not in household)

# North Carolina Boating Accident Report

**Accident Type.**   You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

- ☐ Capsizing
- ☐ Carbon monoxide poisoning
- ☒ Collision with fixed object
- ☐ Collision with floating object
- ☐ Collision with vessel
- ☐ Departed vessel voluntarily
- ☐ Ejected from vessel
- ☐ Electrocution aboard vessel

- ☐ Electrocution/stray voltage
- ☐ Fall in vessel
- ☐ Falls overboard
- ☐ Fire/explosion (fuel)
- ☐ Fire/explosion (other than fuel)
- ☐ Flooding
- ☐ Grounding
- ☐ Occupant impacts vessel

- ☐ Sinking
- ☐ Skier mishap
- ☐ Person Struck by Vessel
- ☐ Struck by lower unit/propeller/propulsion unit
- ☐ Struck submerged object
- ☐ Swamping
- ☐ Unknown/undetermined

**What contributed to the accident?**   You may enter up to three contributing causes for each vessel.

- ☐ Alcohol impairment
- ☐ Careless/reckless operation
- ☐ Cold water immersion
- ☐ Congested waters
- ☐ Dam/lock
- ☐ Departed vessel voluntarily
- ☐ Drug impairment
- ☐ Environmental conditions affecting visibility (describe)
- ☐ Equipment failure (below)
- ☐ Excessive speed
- ☐ Failure to vent
- ☐ Hazardous waters due to currents
- ☐ Hull failure
- ☐ Ignition of spilled fuel or vapor

- ☐ Improper anchoring
- ☐ Improper loading
- ☐ Improper lookout
- ☐ Improper type/size of vessel for the conditions
- ☐ Lack of or improper navigation lights
- ☐ Machinery/vessel system failure (below)
- ☐ Navigation rules infraction/violation
- ☐ Occupant behavior (describe)
- ☐ Off throttle loss of steering
- ☐ Operator inattention
- ☐ Operator inexperience
- ☐ Overloading
- ☐ Operation too close to other vessel/person in the water

- ☐ Other cause not listed (describe)
- ☐ Restricted vision aboard vessel
- ☐ Sharp turn
- ☐ Skier behavior
- ☐ Standing/sitting on gunwales, bow, and transom
- ☐ Starting in gear
- ☐ Swimming ability
- ☐ Undetermined
- ☒ Wake from vessel(s)
- ☐ Weather/wind creating hazardous water conditions
- ☐ Did not contribute

## Equipment Failure
Indicate the equipment that failed.

- ☐ Unknown
- ☐ Auxiliary equipment
- ☐ Communications
- ☐ Fire extinguisher
- ☐ PFDs

- ☐ Sail demasting
- ☐ Seat broke loose
- ☐ Sound producing
- ☐ Visual distress

## Machinery Failure
Indicate every system that failed for each vessel.

- ☐ Unknown
- ☐ Electrical system
- ☐ Engine failure
- ☐ Fuel system
- ☐ Shift failure

- ☐ Steering system
- ☐ Throttle failure
- ☐ Ventilation system
- ☐ Starting engine in gear

## Violations

| Vess # | Violator's Name (Just check box) | | Statute # | Violation | Type | | Citation/Case # |
|---|---|---|---|---|---|---|---|
| 5 | Operator ☐ Owner ☐ | | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |
| 5 | Operator ☐ Owner ☐ | | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |
| 5 | Operator ☐ Owner ☐ | | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |

# North Carolina Boating Accident Report

**Agency Case #** 195-001-090422

## VESSEL NUMBER 6

**Vessel Unknown** ☐   **Vessel Priority**

| Reg. or Doc. # | HIN EKH1Y629B121 | Documented Name | Year Built 2021 |
|---|---|---|---|

| Length 21' | Make CAROLINA SKIFF | Model Name 21 LS | # of POB 0 | # Fatal 0 | # Injured 0 | # Skiers Being Towed 0 |
|---|---|---|---|---|---|---|

**Estimated Speed**
- ☐ Unknown
- ☐ Less than 10 mph
- ☐ 10-20 mph
- ☐ 21-40 mph
- ☐ Over 40 mph
- ☒ None

**Federal Definition of Vessel**
- ☒ Recreational
- ☐ Commercial
- ☐ Government

**Est. Damage This Boat** $ 500 .00

**Operator Info** No Operator ☒   Driver's License or Boater ID #

| Last | First | MI | Age | DOB |
|---|---|---|---|---|

Street — Home Ph.

City — State — ZIP — Cell Ph.

**Status**
- ☐ Uninjured  ☐ Injured
- ☐ Missing  ☐ Fatality

Fill out injury/fatal data sheet as required.

**Operator Experience**
- ☐ Under 10 hrs
- ☐ 10-100 hrs
- ☐ Over 100 hrs

**Operator Education**
- ☐ USCG Aux.  ☐ Power Squadron  ☐ Other
- ☐ State-NC  ☐ Other State  ☐ None

**OUI Info   BAC**
- ☐ Refused
- ☐ OUI arrest  ☐ Been drinking
- ☐ Drugs  ☐ No alcohol

**Gender** ☐ M  ☐ F
- ☐ PFD used
- ☐ Person can swim
- ☐ Person was ejected

**Owner Info:** Fill in owner's name, address and phone number below. Check if also operator ☐ or occupant. ☐ If occupant, use occupant section.

STEWART   DONALD   J

**Uninjured Occupant Information:** Complete injury/fatal data sheets for each injury or fatality.

| Name | Phone | DOB | Violation Type | Gender M F | Person was ejected | PFD used | Person can swim |
|---|---|---|---|---|---|---|---|
| | | | Is Violator ☐  ☐ Citation  ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning  ☐ Pending | ☐☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐  ☐ Citation  ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning  ☐ Pending | ☐☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐  ☐ Citation  ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning  ☐ Pending | ☐☐ | ☐ | ☐ | ☐ |
| | | | Is Violator ☐  ☐ Citation  ☐ No action | | | | |
| Statute # | Violation: | Case/Citation # | ☐ Warning  ☐ Pending | ☐☐ | ☐ | ☐ | ☐ |

## Type of Boat
- ☐ Airboat
- ☐ Cabin Motorboat
- ☐ Canoe
- ☐ Houseboat
- ☐ Kayak
- ☒ Open Motorboat
- ☐ Personal Watercraft
- ☐ Pontoon Boat
- ☐ Raft
- ☐ Rowboat
- ☐ Sail (aux. power)
- ☐ Sail (only)
- ☐ Other _____

## Hull Material
- ☐ Aluminum
- ☒ Fiberglass
- ☐ Wood
- ☐ Rubber
- ☐ Rigid Hull Inflatable
- ☐ Steel
- ☐ Plastic/Vinyl
- ☐ Other _____

## Operation at Time of Accident (Enter up to 3 for each vessel)
- ☐ At anchor
- ☐ Being towed
- ☐ Towing a boat
- ☐ Changing direction
- ☐ Changing speed
- ☐ Cruising
- ☒ Docked (moored)
- ☐ Docking/Undocking
- ☐ Drifting
- ☐ Launching/Loading
- ☐ Rowing/Paddling
- ☐ Sailing
- ☐ Wake/Surf jumping
- ☐ Other _____

## # of Engines
1

## Total HP/CC

## Propulsion
- ☐ Air Thrust
- ☐ Manual
- ☒ Propeller
- ☐ Sail
- ☐ Water Jet

## Fuel
- ☐ Diesel
- ☐ Electric
- ☒ Gasoline

## Engine
- ☐ Airboat
- ☐ Inboard
- ☒ Outboard
- ☐ I/O

## Safety Equipment
- ☐ Required PFDs on board
- ☐ PFDs accessible
- ☐ Fire extinguisher on board
- ☐ Fire extinguisher used
- ☐ Navigation lights appeared
- ☐ Navigation lights turned on
- ☐ Current safety exam

## Vessel was:
- ☐ Rented
- ☐ Borrowed (not in household)

## Activity at Time of Accident (Enter up to 3 for each vessel)
- ☐ Other commercial purpose
- ☐ Fishing (recreational)
- ☐ Fueling
- ☐ Hunting
- ☐ Making repairs
- ☐ Racing
- ☐ Racing (unpermitted)
- ☐ Recreational cruising
- ☐ Scuba diving
- ☐ Skiing (tubing, wakeboarding)
- ☐ Starting engine
- ☐ Swimming/Snorkling
- ☐ Tournament fishing
- ☐ Commercial paddling
- ☐ Recreational paddling
- ☐ Govt./Law enforcement
- ☒ None

# North Carolina Boating Accident Report

**Accident Type.** You may enter a primary, secondary and tertiary accident type for each vessel by placing a 1, 2 or 3 in the appropriate box. Use boating accident supplemental sheet for additional vessels.

| | | |
|---|---|---|
| ☐ Capsizing | ☐ Electrocution/stray voltage | ☐ Sinking |
| ☐ Carbon monoxide poisoning | ☐ Fall in vessel | ☐ Skier mishap |
| 1 Collision with fixed object | ☐ Falls overboard | ☐ Person Struck by Vessel |
| ☐ Collision with floating object | ☐ Fire/explosion (fuel) | ☐ Struck by lower unit/propeller/propulsion unit |
| ☐ Collision with vessel | ☐ Fire/explosion (other than fuel) | ☐ Struck submerged object |
| ☐ Departed vessel voluntarily | ☐ Flooding | ☐ Swamping |
| ☐ Ejected from vessel | ☐ Grounding | ☐ Unknown/undetermined |
| ☐ Electrocution aboard vessel | ☐ Occupant impacts vessel | |

**What contributed to the accident?** You may enter up to three contributing causes for each vessel.

| | | |
|---|---|---|
| ☐ Alcohol impairment | ☐ Improper anchoring | ☐ Other cause not listed (describe) |
| ☐ Careless/reckless operation | ☐ Improper loading | |
| ☐ Cold water immersion | ☐ Improper lookout | ☐ Restricted vision aboard vessel |
| ☐ Congested waters | ☐ Improper type/size of vessel for the conditions | ☐ Sharp turn |
| ☐ Dam/lock | | ☐ Skier behavior |
| ☐ Departed vessel voluntarily | ☐ Lack of or improper navigation lights | ☐ Standing/sitting on gunwales, bow, and transom |
| ☐ Drug impairment | ☐ Machinery/vessel system failure (below) | |
| ☐ Environmental conditions affecting visibility (describe) | ☐ Navigation rules infraction/violation | ☐ Starting in gear |
| | ☐ Occupant behavior (describe) | ☐ Swimming ability |
| | | ☐ Undetermined |
| ☐ Equipment failure (below) | ☐ Off throttle loss of steering | ☒ Wake from vessel(s) |
| ☐ Excessive speed | ☐ Operator inattention | ☐ Weather/wind creating hazardous water conditions |
| ☐ Failure to vent | ☐ Operator inexperience | |
| ☐ Hazardous waters due to currents | ☐ Overloading | ☐ Did not contribute |
| ☐ Hull failure | ☐ Operation too close to other vessel/person in the water | |
| ☐ Ignition of spilled fuel or vapor | | |

**Equipment Failure**
Indicate the equipment that failed.

| | |
|---|---|
| ☐ Unknown | ☐ Sail demasting |
| ☐ Auxiliary equipment | ☐ Seat broke loose |
| ☐ Communications | ☐ Sound producing |
| ☐ Fire extinguisher | ☐ Visual distress |
| ☐ PFDs | |

**Machinery Failure**
Indicate every system that failed for each vessel.

| | |
|---|---|
| ☐ Unknown | ☐ Steering system |
| ☐ Electrical system | ☐ Throttle failure |
| ☐ Engine failure | ☐ Ventilation system |
| ☐ Fuel system | ☐ Starting engine in gear |
| ☐ Shift failure | |

## Violations

| Vess # | Violator's Name (Just check box) | Statute # | Violation | Type | | Citation/Case # |
|---|---|---|---|---|---|---|
| 6 | Operator ☐ Owner ☐ | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |
| 6 | Operator ☐ Owner ☐ | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |
| 6 | Operator ☐ Owner ☐ | | | Citation ☐ Warning ☐ | No action ☐ Pending ☐ | |

| STATE OF NORTH CAROLINA | PLEASE TYPE OR PRINT - FILL OUT COMPLETELY | Form MB 4.1 |
|---|---|---|
| WILDLIFE RESOURCE COMMISSION | BOATING ACCIDENT REPORT | Rev 05/07 |

The operator of every vessel involved is required to file a report in writing whenever a boating accident results in loss of life, medical treatment beyond first aid disappearance from a vessel under circumstances that indicate death or injury, or property damage in excess of $2000. Reports in death, disappearance and injury cases must be submitted within 48 hours; reports in other cases are required within 10 days. All reports shall be submitted to the Wildlife Resources Commission. 1717 Mail Service Center, Raleigh, North Carolina 27699-1717

**COMPLETE ALL BLOCKS, (indicate those not applicable by "NA')**

**NAME AND ADDRESS OF OPERATOR:** GORDON D MANN

**AGE OF OPERATOR** | **DATE OF BIRTH**

**OPERATORS EXPERIENCE**
- [ ] Under 10 hours
- [ ] 10 to 100 hours
- [X] Over 100 hours

**OPERATOR GENDER**
- [X] MALE
- [ ] FEMALE

**OPERATOR TELEPHONE #**

**NAME AND ADDRESS OF OWNER:** SAA

**RENTED BOAT?**
- [ ] Yes
- [X] No

**NUMBER OF PERSONS ON BOARD** 4

**FORMAL INSTRUCTION IN BOATING SAFETY**
- [X] None
- [ ] State
- [ ] U.S. Power Squadron
- [ ] USCG Auxiliary
- [ ] American Red Cross
- [ ] Other (Specify)

**BOAT REGISTRATION #**

**BOAT NAME** Hooked on a Feeling
**BOAT MAKE** Gulf Stream
**BOAT MODEL** 63 MY
**MFR HULL IDENTIFICATION #** GBSG63004K789

**TYPE OF BOAT**
- [ ] Open Motorboat
- [X] Cabin Motorboat
- [ ] Auxiliary Sail
- [ ] Sail (only)
- [ ] PWC
- [ ] Canoe/Kayak
- [ ] Airboat
- [ ] Mini Jet Boat
- [ ] Row Boat
- [ ] Pontoon
- [ ] Houseboat
- [ ] Other (Specify)

**HULL MATERIAL**
- [ ] Wood
- [ ] Aluminum
- [ ] Steel
- [X] Fiberglass
- [ ] Rubber/vinyl
- [ ] Plastic
- [ ] Other

**ENGINE**
- [ ] Outboard
- [ ] Inboard gasoline
- [ ] Inboard-outdrive
- [X] Inboard-diesel
- [ ] Jet
- [ ] Other (Specify)

**PROPULSION**
No. of engines 2
Horsepower (total) 1470
Type of fuel DIESEL
Has boat had a Safety Examination?
- [ ] Yes
- [X] No  Year
- For current year? [ ] Yes [X] No
- Indicate Whether:
  - USCG Auxiliary Courtesy Marine Exam
  - State / local examination
  - Other

**NUMBER OF SKIERS BEING TOWED** 0

**CONSTRUCTION**
Length 63
Year built (boat) 88

**DATE OF ACCIDENT** 4 SEPT 22
**TIME** 6:00 pm
**NAME OF BODY OF WATER** TCW
**LOCATION** Lat: / Long:

**STATE** NC
**NEAREST CITY OR TOWN** HAMPSTEAD
**COUNTY** PENDER

**WEATHER**
- [X] Clear
- [ ] Cloudy
- [ ] Fog
- [ ] Rain
- [ ] Snow
- [ ] Hazy

**WATER CONDITIONS**
- [X] Calm (waves less than 6")
- [ ] Choppy (waves 6" to 2')
- [ ] Rough (waves 2' to 6')
- [ ] Very Rough (greater than 6')
- [ ] Strong Current

**TEMPERATURE (Estimate)**
Air 82 °F
Water °F

**WIND**
- [ ] None
- [X] Light (0-6 mph)
- [ ] Moderate (7-14 mph)
- [ ] Strong (15-25 mph)
- [ ] Storm (Over 25 mph)

**VISIBILITY**
Day / Night
- [X] Good
- [ ] Fair
- [ ] Poor

**OPERATION AT TIME OF ACCIDENT**
(Check all applicable)
- [ ] Commercial Activity
- [X] Cruising
- [ ] Maneuvering
- [ ] Docking/Undocking
- [ ] Rowing/Paddling
- [ ] Water Skiing
- [ ] Towing
- [ ] Changing Speed
- [ ] Making Repairs
- [ ] Tournament
- [ ] Changing Direction
- [ ] Other (specify)
- [ ] Drifting
- [ ] At Anchor
- [ ] Tied to Dock
- [ ] Fueling
- [ ] Fishing
- [ ] Hunting
- [ ] Skin Diving
- [ ] Swimming
- [ ] Being Towed
- [ ] Launching
- [ ] Starting Engine
- [ ] Whitewater Spts
- [ ] Sailing

**TYPE OF ACCIDENT (Check One)**
- [ ] Grounding
- [ ] Capsizing
- [ ] Flooding
- [ ] Sinking
- [ ] Fire or Explosion (Fuel)
- [ ] Fire or Explosion (Other than fuel)
- [ ] Skier Mishap
- [ ] Collision with Vessel
- [ ] Starting Engine
- [X] Other (specify) WAKE
- [ ] Collision with Fixed Object
- [ ] Collision with Floating Object
- [ ] Falls Overboard
- [ ] Falls in boat
- [ ] Hit by Motor or Propeller
- [ ] Struck by boat
- [ ] Struck submerged object.

**WHAT IN YOUR OPINION CONTRIBUTED TO THE ACCIDENT? (Check all applicable)**
- [ ] Careless / Reckless
- [ ] Weather
- [ ] Excessive Speed
- [ ] No Proper Lookout
- [ ] Restricted Vision
- [ ] Overloading
- [ ] Improper Loading
- [ ] Hazardous Waters
- [ ] Dam / Lock
- [ ] Sharp Turn
- [ ] Starting In Gear
- [ ] Failure to Vent
- [ ] Other
- [X] Wake
- [ ] Alcohol use
- [ ] Drug Use
- [ ] Fault of Hull
- [ ] Fault of Machinery
- [ ] Fault of Equipment
- [ ] Operator Inexperience
- [ ] Operator Inattention
- [ ] No / Improper Lights
- [ ] Improper Anchoring
- [ ] Congested Waters
- [ ] Ignition of Fuel / Vapor

**PERSONAL FLOTATION DEVICES**
Was the boat adequately equipped with COAST GUARD APPROVED FLOTATION DEVICES? [X] Yes [ ] No
Were they accessible? [X] Yes [ ] No
Were they serviceable? [X] Yes [ ] No
Were they used by survivors? [ ] Yes [X] No
What Type? [ ] I, [X] II, [ ] III, [ ] IV, [ ] V (specify)
Were PFD'S properly Used? [ ] Yes [X] No
Adjusted? [ ] Yes [X] No
Sized? [ ] Yes [X] No

**BOAT SPEED:**
- [ ] Not Moving
- [X] 10 - 20 mph
- [ ] Under - 10 mph
- [ ] 21 - 40 mph

Was the vessel carrying NON approved-flotation devices? [ ] Yes [X] No
Were they accessible? [ ] Yes [ ] No
Were they used? [ ] Yes [ ] No
If Yes, indicate kind

**PROPERTY DAMAGE**
Estimated amount: This Boat 0
Other Property UNKNOWN

**FIRE EXTINGUISHER**
Were they used? (If yes, list Types (s) and number used.) [ ] Yes [X] No [ ] NA
Types:

Name and Address of Property Owner
SEE ATTACHED

**DESCRIBE PROPERTY DAMAGE**
UNKNOWN

**DESCRIBE VESSEL DAMAGE** NONE

## FATALITIES AND INJURIES

### DECEASED

| Name | Address | Date of Birth | Was Victim? | Death Caused By | Propeller Injury? |
|------|---------|---------------|-------------|-----------------|-------------------|
| NA | | | ☐ Swimmer<br>☐ Non Swimmer<br>PFD Worn?<br>☐ Yes   Type | ☐ Drowning<br>☐ Other | ☐ Yes<br>Alcohol Involved?<br>☐ Yes |
| NA | | | ☐ Swimmer<br>☐ Non Swimmer<br>PFD Worn?<br>☐ Yes   Type | ☐ Drowning<br>☐ Other | ☐ Yes<br>Alcohol Involved?<br>☐ Yes |
| NA | | | ☐ Swimmer<br>☐ Non Swimmer<br>PFD Worn?<br>☐ Yes   Type | ☐ Drowning<br>☐ Other | ☐ Yes<br>Alcohol Involved?<br>☐ Yes |

### INJURED

| Name | Address | Date of Birth | | | | |
|------|---------|---------------|---|---|---|---|
| NA | | | Primary Injury<br>Secondary Injury<br>Propeller Injury? ☐ Yes<br>Injury Caused By: | Medical Treatment | Yes<br>Yes<br>Yes<br>Yes | Hospitalized?<br>Alcohol?<br>PFD Worn? |
| NA | | | Primary Injury<br>Secondary Injury<br>Propeller Injury? ☐ Yes<br>Injury Caused By: | Medical Treatment | Yes<br>Yes<br>Yes<br>Yes | Hospitalized?<br>Alcohol?<br>PFD Worn? |
| NA | | | Primary Injury<br>Secondary Injury<br>Propeller Injury? ☐ Yes<br>Injury Caused By: | Medical Treatment | Yes<br>Yes<br>Yes<br>Yes | Hospitalized?<br>Alcohol?<br>PFD Worn? |

### ACCIDENT DESCRIPTION

DESCRIBE WHAT HAPPENED (sequence of events, include and explain any failure of equipment or machinery. Include information regarding the involvement of alcohol and / or drugs in causing or contributing to the accident. Include any descriptive information about the use of PFD's

### VESSEL # 2 (if more than 2 vessels, attach additional form(s).

| Name of Operator | Operator Telephone # | Boat # |
|------------------|---------------------|--------|
| | | |

Operator Address

| Name of Owner | Owner Telephone # |
|---------------|-------------------|
| | |

Owner Address

### WITNESSES

Name  KIRK WOOTERS

Name  STACEY SAUL

Name  GARY HUDSON

### PERSON COMPLETING REPORT

Name  GORDON D MANN

☒ Operator   ☒ Owner

ate
ubmitted  1 SEPT 22

| STATE OF NORTH CAROLINA | PLEASE TYPE OR PRINT - FILL OUT COMPLETELY | Form MB 4.1 |
|---|---|---|
| WILDLIFE RESOURCES COMMISSION | BOATING ACCIDENT REPORT | Rev 05/07 |

The operator of every vessel involved is required to file a report in writing whenever a boating accident results in loss of life, medical beyond first aid, disappearance from a vessel under circumstances that indicate death or injury, or property damage in excess of $2000. death, disappearance and injury cases must be submitted within 48 hours; reports in other cases are required within 10 days. All reports submitted to the Wildlife Resources Commission. 1717 Mail Service Center, Raleigh, North Carolina 27699-1717

**COMPLETE ALL BLOCKS, (indicate those not applicable by "NA")**

**NAME AND ADDRESS OF OPERATOR**
Lawrence Rivenbark

AGE OF OPERATOR

**OPERATORS EXPERIENCE**
- [ ] Under 10 hours
- [ ] 10 to 100 hours
- [x] Over 100 hours

**OPERATOR GENDER**
- [x] MALE
- [ ] FEMALE

OPERATOR TELEPHONE #

**NAME AND ADDRESS OF OWNER**
Lawrence Rivenbark

**RENTED BOAT**
- [ ] Yes
- [x] No

**NUMBER OF PERSONS ON** 6

**FORMAL INSTRUCTION IN BOATING SAFETY**
- [x] None
- [ ] State
- [ ] U.S. Power Squadron
- [ ] USCG Auxiliary
- [ ] American Red Cross
- [ ] Other (Specify)

| BOAT NAME | BOAT MAKE | BOAT MODEL | MFR HULL IDENTIFICATION # |
|---|---|---|---|
| None | Robalo | R 247 | ROBD0139J718 |

**TYPE OF BOAT**
- [x] Open Motorboat
- [ ] Cabin Motorboat
- [ ] Auxiliary Sail
- [ ] Mini Jet Boat
- [ ] Sail (only)
- [ ] Row Boat
- [ ] PWC
- [ ] Pontoon
- [ ] Canoe/Kayak
- [ ] Houseboat
- [ ] Airboat
- [ ] Other (Specify)

**HULL MATERIAL**
- [ ] Wood
- [ ] Aluminum
- [ ] Steel
- [x] Fiberglass
- [ ] Rubber/vinyl
- [ ] Plastic
- [ ] Other

**ENGINE**
- [x] Outboard
- [ ] Inboard gasoline
- [ ] Inboard-outdrive
- [ ] Inboard-diesel
- [ ] Jet
- [ ] Other (Specify)

**PROPULSION**
No. of engines 1
Horsepower (total) 300
Type of fuel gas

Has boat had a Safety Examination?
For current year? [ ] Yes [ ] No
Indicate Whether
- USCG Auxiliary Courtesy Marine Exam
- State / local examination
- Other

- [ ] Yes [x] No  Year

**NUMBER OF SKIERS BEING TOWED** 0

**CONSTRUCTION**
Length 24 ft
Year built (boat) 2018

| DATE OF ACCIDENT | TIME | NAME OF BODY OF WATER | LOCATION | |
|---|---|---|---|---|
| 09/04/2022 | 5:35 am / pm | inner coastal | Lat: Long: | |

| STATE | NEAREST CITY OR TOWN | COUNTY |
|---|---|---|
| NC | Hampstead | Pender |

**WEATHER**
- [x] Clear
- [ ] Rain
- [x] Cloudy
- [ ] Snow
- [ ] Fog
- [ ] Hazy

**WATER CONDITIONS**
- [x] Calm (waves less than 6")
- [ ] Choppy (waves 6" to 2')
- [ ] Rough (waves 2' to 6')
- [ ] Very Rough (greater than 6')
- [ ] Strong Current

**TEMPERATURE (Estimate)**
Air 85 °F
Water °F

**WIND**
- [ ] None
- [ ] Light (0-6 mph)
- [x] Moderate (7-14 mph)
- [ ] Strong (15-25 mph)
- [ ] Storm (Over 25 mph)

**VISIBILITY**
Day      Night
- [x] Good  [ ]
- [ ] Fair   [ ]
- [ ] Poor  [ ]

**OPERATION AT TIME OF ACCIDENT**
(Check all applicable)
- [ ] Commercial Activity
- [ ] Drifting
- [ ] At Anchor
- [x] Cruising
- [ ] Tied to Dock
- [x] Maneuvering
- [ ] Fueling
- [ ] Docking/Undocking
- [ ] Fishing
- [ ] Rowing/Paddling
- [ ] Hunting
- [ ] Water Sking
- [ ] Skin Diving
- [ ] Racing
- [ ] Swimming
- [ ] Towing
- [ ] Being Towed
- [ ] Changing Speed
- [ ] Launching
- [ ] Making Repairs
- [ ] Starting Engine
- [ ] Tournament
- [ ] Whitewater Spts
- [ ] Changing Direction
- [ ] Sailing
- [ ] Other (specify)

**TYPE OF ACCIDENT (Check One)**
- [ ] Grounding
- [ ] Collision with Fixed Object
- [ ] Capsizing
- [ ] Flooding
- [ ] Collision with Floating Object
- [ ] Sinking
- [ ] Fire or Explosion (Fuel)
- [ ] Falls Overboard
- [ ] Fire or Explosion (Other than fuel)
- [ ] Falls in boat
- [ ] Hit by Motor or Propeller
- [ ] Skier Mishap
- [ ] Collision with Vessel
- [ ] Struck by boat
- [ ] Starting Engine
- [ ] Struck submerged object.
- [ ] Other (specify) Wake incident

**WHAT IN YOUR OPINION CONTRIBUTED TO THE ACCIDENT? (Check all applicable)**
- [x] Careless / Reckless
- [x] Wake
- [ ] Weather
- [ ] Alcohol use
- [x] Excessive Speed
- [ ] Drug Use
- [ ] No Proper Lookout
- [ ] Fault of Hull
- [ ] Restricted Vision
- [ ] Fault of Machinery
- [ ] Overloading
- [ ] Fault of Equipment
- [ ] Improper Loading
- [ ] Operator Inexperience
- [ ] Hazardous Waters
- [ ] Operator Inattention
- [ ] Dam / Lock
- [ ] No / Improper Lights
- [ ] Sharp Turn
- [ ] Improper Anchoring
- [ ] Starting in Gear
- [ ] Congested Waters
- [ ] Failure to Vent
- [ ] Ignition of Fuel / Vapor

**PERSONAL FLOTATION DEVICES**
Was the boat adequately equipped with COAST GUARD APPROVED FLOTATION DEVICES? [x] Yes [ ] No
Were they accessible? [x] Yes [ ] No
Were they serviceable? [x] Yes [ ] No
Where they used by survivors? [ ] Yes [x] No
What Type [ ] I, [ ] II, [ ] III, [ ] IV, [ ] V (specify)
Were PFD's properly Used? [ ] Yes [x] No
Adjusted? [ ] Yes [ ] No
Sized? [ ] Yes [ ] No

**BOAT SPEED:**
- [ ] Not Moving
- [ ] 10 - 20 mph
- [x] Under - 10 mph
- [ ] 21 - 40 mph

Was the vessel carrying NON approved-floation devices? [ ] Yes [x] No
Were they accessible? [ ] Yes [ ] No
Were they used? [ ] Yes [x] No
If Yes, indicate kind

**PROPERTY DAMAGE**
Estimated amount:
This Boat $0.00
Other Property $0.00

**FIRE EXTINGUISHER**
Were they used? (If yes, list Types (s) and number used.)
[ ] Yes [x] No [ ] NA
Types:

Name and Address of Property Owner

DESCRIBE PROPERTY DAMAGE

DESCRIBE VESSEL DAMAGE

## FATALITIES AND INJURIES

### DECEASED

| Name | Address | Date of Birth | Was Victim? | Death Caused By | Propeller Injury? |
|------|---------|---------------|-------------|-----------------|-------------------|
| | | | ☐ Swimmer ☐ Non Swimmer PFD Worn? ☐ Yes Type | ☐ Drowning ☐ Other | ☐ Yes Alcohol Involved? ☐ Yes |
| | | | ☐ Swimmer ☐ Non Swimmer PFD Worn? ☐ Yes Type | ☐ Drowning ☐ Other | ☐ Yes Alcohol Involved? ☐ Yes |
| | | | ☐ Swimmer ☐ Non Swimmer PFD Worn? ☐ Yes Type | ☐ Drowning ☐ Other | ☐ Yes Alcohol Involved? ☐ Yes |

### INJURED

| Name | Address | Date of Birth | | Medical Treatment | |
|------|---------|---------------|--|-------------------|--|
| Traci Rivenbark | 530 Hillwood Ct Greensboro NC 27410 | Apr/1/1961 | Primary Injury Back injury Secondary Injury Propeller Injury? ☐ Yes Injury Caused By: Wake | Medical Treatment [x] Hospitalized? Alcohol? PFD Worn? | Yes Yes Yes Yes |
| | | | Primary Injury Secondary Injury Propeller Injury? ☐ Yes Injury Caused By: | Medical Treatment Hospitalized? Alcohol? PFD Worn? | Yes Yes Yes Yes |
| | | | Primary Injury Secondary Injury Propeller Injury? ☐ Yes Injury Caused By: | Medical Treatment Hospitalized? Alcohol? PFD Worn? | Yes Yes Yes Yes |

### ACCIDENT DESCRIPTION

DESCRIBE WHAT HAPPENED (sequence of events, include and explain any failure of equipment or machinery. Include information regarding the involvement of alcohol and / or drugs in causing or contributing to the accident. Include any descriptive information about the use of P

Traveling north on the ICW I noticed a large motor yacht traveling south just north of Figure 8 Island. Due to it's speed, it was creating a large wake. I slowed and manuvered best I could to minimize the impact the wake would have on my boat. Given the size of the wake, my boat rose sharply over the wake and dropped rapidly on the other side.
The drop resulted in the the injury to my wifes back. A fracture of the L1 vertibrae

### VESSEL # 2 (if more than 2 vessels, attach additional form(s).

| Name of Operator | Operator Telephone # | | Boat # |
|------------------|----------------------|--|--------|
| Operator Address | | | |
| Name of Owner | | Owner Telephone # | |
| Owner Address | | | |

### WITNESSES

| Name | Address | Telephone # |
|------|---------|-------------|
| Clar Dorman | | |
| Name | Address | Telephone # |
| Name | Address | Telephone # |

### PERSON COMPLETING REPORT

| Name | | |
|------|--|--|
| ☐ Operator  ☐ Owner | | Date Submitted  9/8/22 |

## VOLUNTARY STATEMENT

I, __Lawrence Rivenbark_____, do hereby make the following true and
voluntary statement to Officer _____, a Wildlife Law Enforcement
Officer of the North Carolina Wildlife Resources Commission:

On Sunday Sept 4, 2022 at about 5:30pm I was traveling north on the ICW just north of Figure 8
Island.
The weather was clear and conditions calm with moderate boat traffic. My boat, a 24 foot dual
console .
I have traveled this route many times and have 15 years of experience and well over 1000 hrs on
the water.
As we motored north, I spotted a larger than usual vessel heading south. I could see it was
creating a larger wake than one normally sees on the waterway.
I was concerned that his wake could actually swamp my open bow boat as it appeared the wake
was higher than my bow. My guess was 4 feet tall.
After reducing power, I approached the boat wake the best way I thought to minimize the force
of the wave on my boat and occupants. I applied minimum power just before impact with this
wake so my bow could rise and clear the wave.
Unfortunately, the size and steepness of the wake also caused my boat to raise up at a steep angle
and drop rapidly on the back side wave.
My wife was in a seated position on the port side of the boat when all of this happened.  She was
thrown into air and came down hard on the back side of the wake.
She immediately showed signs of an injury with pain in her back.
I stopped the boat for several minutes to try and assess the injury and how severe it may be.
After making her as comfortable as possible, we proceeded back to our dock.
Several hours later after it became apparent that her back was getting worse and not better so we
proceeded to a Novant Health Emergency Room in Scotts Hill where she was diagnosed to have
a fracture in her L1 vertebrae.



## VOLUNTARY STATEMENT

I, _____Donald Stewart_____, do hereby make the following true and
voluntary statement to Officer _____Dern Crilley_____, a Wildlife Law
Enforcement Officer of the North Carolina Wildlife Resources Commission:

On Sunday 9/4/22 we had just tied our boat to floating dock at 2216 Scotts Hill Loop Rd
We saw a large boat coming south on the intercoastal waterway pushing a very large wake.
I stay on floating dock to try and hold our boat from getting thrown around against the dock or
pillars. When the boat passed the wake snapped the dock lines and sent me flying onto the boat
As the boat bounced in the wake it bounced of dock multiple time causing damage to the front
and rear corner of the boat along with messing up the Carolina skiff badge.

The wake from the boat washed across the complete floated and all the way to the top of the
ramp at the pier

We have video of the boat going by and the wake break the line on the dock if you would like it
Along with photos of damage caused to our boat



## VOLUNTARY STATEMENT

I, Kenneth W Holley, do hereby make the following true and voluntary statement to Officer Dern Crilley, a Wildlife Law Enforcement Officer of the North Carolina Wildlife Resources Commission:

My wife and I were docked on the inner floating dock at the Sailfish Restaurant in Scotts Hill Marina. Shortly after arriving, we witnessed a very large vessel plowing south down the ICW adjacent to the restaurant. Luckly, we were standing on the ground level area, not the dock area. As the vessel approached, the wake was rolling towards the docks at a height of approximately 4'. When the wake made contact with the outer dock, it tossed the two boats that were tied off up in the air. The impact was so violent, it ripped six of the dock cleats off of the dock. As the wake move inward it stuck the flats boat that was tied off in front of our boat and tossed both boats in the air. I would estimate that the bow of our boat came up approximately 40 degrees and landed on the rear of the flats boat. The impact threw the boat operator off the flats boat and into the water, jamming the tiller arm on his boat and damaging the rub rail on our boat. Also, when our boat landed, the starboard side of the bow hit the dock and damaged the accent striping on that side. I'm in the process of getting an estimate for repairs, but would estimate the damage at just under $1,000.

Also, I have reached out to the restaurant and asked why there isn't a "No Wake" zone in that area. They said it had been requested many times in the past, but denied by the NC Wildlife agency. This event could have been far worse if more people had been standing on the docks or on their boats. I would respectfully request that your agency take another look at this decision and consider the events of September 4th. Thank you for your help with this and please feel free to contact me if you have any additional questions.

## VOLUNTARY STATEMENT

I, Kelli Best, do hereby make the following true and voluntary statement to Officer Dern Crilley, a Wildlife Law Enforcement Officer of the North Carolina Wildlife Resources Commission:

On Sunday, September 4 around 5:30pm, I was sitting on our back deck with my husband David Best watching boats in the waterway. I noticed a large yacht driving south at full speed and made the comment to David that the boat was going so fast, it's wake was going to damage our dock. We watched waves crash over our dock and our boat was tied up in the slip at the dock and it bounced all around. Next, David said it was going to do damage at the Sailfish marina about five houses south of us. David saw a guy fall off of his boat into the water at the marina and I was taking picture of the boat. We went down our dock to look at the dock and the boat and saw the damage to our floating dock and a gouge in the hull of our boat. We then got in our boat to follow the yacht because there was no name or numbers on it and we wanted to know who owned it. The yacht was stopped at the Figure Eight bridge and it was there that we met Officer Crilley, described what had happened, and gave him our contact information.