# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION – IN ADMIRALTY

### CIVIL ACTION NO.  7:24-CV-830-D

| | |
|---|---|
| TRACI RIVENBARK,<br><br>     Plaintiff,<br><br>vs.<br><br>GORDON MANN,<br><br>     Defendant. | **DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND TO DISMISS PLAINTIFF'S COMPLAINT** |

NOW COMES Defendant Gordon Mann by and through undersigned counsel and moves this court to set aside entry of default pursuant to Fed. R. Civ. P. 55(c) and to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2), (4) and (5).

This action arises out of alleged bodily injuries to Plaintiff as a result of wake from a vessel allegedly operated by Defendant Gordon Mann on September 4, 2022.  Plaintiff filed the case in state court on December 15, 2023.  Plaintiff caused two defective summonses to be issued: the Summons with the Complaint was purportedly (but not actually) served on Defendant on January 3, 2024 resulting in an entry of default being filed against Defendant on February 12, 2024, and an Alias and Pluries Summons issued on July 2, 2024 which was received by Defendant on August 8, 2024.  Defendant timely removed the case to this Court.

Defendant has yet to be served with a proper summons: the Summons and Alias and Pluries Summons contained errors in violation of North Carolina law and Plaintiff's efforts to properly serve Defendant also failed. Plaintiff has repeatedly failed to comply with North Carolina Rule of Civil Procedure 4, thereby causing procedural abnormalities. The entry of default should be set aside pursuant to Fed. R. Civ. P. Rule 55(c). The Court lacks jurisdiction over Defendant and the Complaint should be dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(2), (4) and (5) and as otherwise may be allowed by law or, in the alternative, dismissed without prejudice until/unless Plaintiff properly serves Defendant.

Respectfully submitted this the 6th day of September, 2024.

FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP

 /s/ Jason R. Harris
Jason R. Harris
N.C. State Bar No. 27876
321 North Front Street, Suite 104
Wilmington, North Carolina 28401
(910) 836-1755
(978) 666-0383 Fax
jharris@fsofirm.com

For Mail Only:
27 Congress St., Suite 508
Salem, MA 01970
*Attorney Defendant*