# Lindsay Cockshott

| | |
|---|---|
| **From:** | Buzz Fyhrie <buzz@totaldollar.com> |
| **Sent:** | 20 August 2024 15:32 |
| **To:** | Claims |
| **Subject:** | RE: Concept Policy #CSRYP/211923 from April 1, 2022 00.01 LST to April 1, 2023 00.01 LS |
| **Attachments:** | 22-23 WYAT 1988 63' Gulfstar MY  RECD Concept Policy.pdf; 1000008154.jpg; 1000008156.jpg; 1000008153.jpg; 1000008155.jpg |

**Concept Claims,**

**Attached and as follows is a claim issue coming in just yesterday in a phone call from Gordon D. Mann.**

**The rough overview as I understand in my phone conversation with Gordon is that is an incident that supposedly occurred back on Labor Day of 09/04/2022.**

**The complaint, coming in from two different parties, is that he caused property damage to a dock and also injury to a person in another vessel due to his speed and his boat's wake on the Intercoastal Waterway in the North Carolina area.**

**This is on his expired policy #CSRYP/211923 with a coverage period that ran from April 1, 2022 00.01 LST to April 1, 2023 00.01 LST.**

**This is the only policy period that Total Dollar had Mr. Mann as a client.**

Buzz,
Here is the paperwork I just received.
I have a copy of the police report from that day that I will have to dig up,  it had nothing to do with this claim but shows I was not speeding or doing anything negligent.

## Gordon D Mann  l  Superintendent
## Capitol Construction Services, Inc.

**11051 Village Square Lane  Fishers, IN 46038**
**Cell: 765.717.5338**  l  **O: 317.574.5488**
gmann@capitolconstruct.com

Best Regards,

**Due to our summer hours starting 07/03/24 till 08/31/24, the office will close on Fridays at 1PM**
NOTE – Seasonal demands make our typical response 1-2 business days.  Please expect a reply within this timeframe.

**Buzz Fyhrie**, 35 years as a P&C Marine Insurance Agent
Foundation Risk Partners dba: **Total Dollar Florida**
High-Performance C/C's, High-Performance Offshore PowerBoats, Cruisers, Yachts & Mega-Yachts.
*Office located in the* **Yacht Management Marina** *bldg*
3001 West State Road 84 ("Marina Mile")   Suite #200
Ft Lauderdale, FL  33312-2307
## My Direct Desk Line>> 954-790-6982
**Fax 954-583-8556**