# CAPE HATTERAS, NORTH CAROLINA

## Station Information

| | |
|---|---|
| Station ID: | 2294 |
| Latitude: | 35.223333 |
| Longitude: | -75.635 |
| Coastline code: | 960 |
| Station code: | 59 |
| Country: | UNITED STATES |
| Time span of data: | 1978 – 2003 |
| Completeness (%): | 96 |
| Date of last update: | 26 Apr 2016 |

Green Arrow:     Current Station
Yellow Marker:   Neighbouring RLR Station
Red Marker:      Neighbouring Metric Station



Please note: In many cases, the station position in our database is accurate to only one minute. Thus, the tide gauge may not appear to be on the coast.

## Tide Gauge Data



Link to larger image of monthly data plot.
Download monthly mean sea level data.

Link to larger image of annual data plot.
Download annual mean sea level data.



Download metric sea level data. Use only with extreme caution.

NOTE: If some of the data are red in the plots above, the 'flag for attention' is set. Please see the documentation below.

## Additional Data Sources (guide to additional data sources)

Nearby GNSS Stations from SONEL: NCBX

## Station Documentation

Link to RLR information.

**Documentation added 2016-04-26**

Cape Hatteras, North Carolina is a newly downloaded NOAA station. Primary benchmark is NO 1 1973.

## Data Authority

N.O.A.A. / N.O.S.
N/oes33, Ssmc4, Room 6531
1305 East-West Highway
Silver Spring,
MD 20910

