UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
In Admiralty

Case No.: 9:25-cv-80480-DMM

ACCELERANT SPECIALTY INSURANCE
COMPANY,

      Plaintiff,

v.

GORDON DALE MANN,

      Defendant.
_____/

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

      Plaintiff, ACCELERANT SPECIALTY INSURANCE COMPANY ("Accelerant"), pursuant to Fed. R. Civ. P. 55(b), hereby files this Motion for Entry of Default Judgment against Defendant, GORDON DALE MANN ("Mann"), and states as follows:

      1.     This is a declaratory judgment action by Accelerant against Mann arising out of an incident which occurred on September 4, 2022 wherein Mann's vessel traveled at an excessive rate of speed causing a large wake which injured one party, damaged a dock and a vessel. [ECF No. 1].

      2.     A copy of the Complaint was sent to Mann on April 21, 2025 via certified mail, first class mail and email. *See* Composite Exhibit "A"

      3.     Waiver of service was executed by Mann and filed with the Court on May 21, 2025. [ECF No. 6].

      4.     Mann's response to the Complaint was due on or before July 21, 2025.

5. As of the date of the filing of this Motion for Default, Mann has not responded to the Complaint nor requested additional time to respond.

6. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court is authorized to enter a final judgment of default against a party who has failed to plead in response to a complaint.

7. Granting a motion for default judgment is within the trial court's discretion. *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975).

WHEREFORE, Plaintiff, ACCELERANT SPECIALTY INSURANCE COMPANY, respectfully requests this Court grant this Motion and enter Default Judgment against Defendant, GORDON DALE MANN, and for such further relief as this Court deems just and proper.

Dated: August 4, 2025.

Respectfully submitted,

**DAVANT LAW, P.A.**
*Attorneys for Plaintiff*
12 Southeast 7th Street, Suite 601
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400

By: */s/ Jennifer S. Mulligan*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Jennifer S. Mulligan
Florida Bar No. 614564
jsm@davantlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, a copy of this Motion for Entry of Default was served on the Defendant by sending a copy thereof via Certified Mail and First-Class Mail to the

Defendant's last known address, 99 SE Mizner Blvd. Apt.733, Boca Raton, Fl 33432. See Fed. R. Civ. P. 5(b)(2)(C). A copy has also been sent on August 4, 2025 to the email address Defendant supplied on his claim form, **gmann@capitolconstruct.com**.

                    */s/ Jennifer S. Mulligan*
                    Jennifer S. Mulligan
                    Florida Bar No. 614564
                    jsm@davantlaw.com