# Caitlin Burton

| | |
|---|---|
| **From:** | Caitlin Burton |
| **Sent:** | Tuesday, April 22, 2025 3:47 PM |
| **To:** | gmann@capitolconstruct.com |
| **Cc:** | Charles Davant; Jennifer Mulligan; 469ca0c42+matter1799701505@maildrop.clio.com |
| **Subject:** | Supplemental Reservation of Rights and Notice of Suit; Insured: Gordon Dale Mann; Policy No.: CSRYP/211923; Claimants: Traci Rivenbark; Date of Loss: 04 September 2022; |
| **Attachments:** | 2025.04.21 Ltr re Supplemental Reservation of Rights & Notice of Suit - Mann.pdf |

Mr. Mann,

Good afternoon - please see attached correspondence.

Thank you,



**Caitlin Burton**
Davant Law P.A.
12 Southeast 7th Street, Suite 601
Fort Lauderdale FL 33301
954.414.0400 Office | 954.284.1660 Direct | 504.462.6368 Mobile
cjb@davantlaw.com | 954.516.6766 Fax | www.davantlaw.com

This email and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or confidential information. If you have received this message in error or are not a named recipient, please delete it without distributing or copying, and notify the sender immediately. Access by any other party is unauthorized without the express prior written permission of the sender.



EXHIBIT A



ATTORNEYS AT LAW

12 SOUTHEAST SEVENTH STREET SUITE 601 FORT LAUDERDALE FLORIDA 33301

www.davantlaw.com    954.414.0400   *phone*

*Charles S. Davant*
*954.414.0401*
*csd@davantlaw.com*

April 21, 2025

***Via Certified Mail, Return Receipt Requested***
***9589071052700630472298***
***First-Class Mail, and***
***E-Mail* gmann@capitolconstruct.com**

Mr. Gordon Dale Mann
99 SE Mizner Blvd. Apt.733
Boca Raton, Fl 33432

RE:   *Supplemental Reservation of Rights and Notice of Suit*
      Insured:        Gordon Dale Mann
      Policy No.:     CSRYP/211923
      Claimants:      Traci Rivenbark
      Date of Loss:   04 September 2022

Dear Mr. Mann:

Our firm has been retained to represent Accelerant Specialty Insurance Company ("Accelerant" or "Insurer") with respect to the above-referenced matter. We are writing this letter on their behalf to supplement the Reservation of Rights letter sent to you on August 27, 2024, which is referenced, enclosed, and fully incorporated as if fully set forth herein.

Insurer continues its investigation of the incident on a without-prejudice basis; however, we write to advise you that, based on Insurer's investigation to date, there may be no coverage for the subject incident and your Policy may be void from its inception. Consistent with this coverage position, Insurer has initiated a declaratory judgment action against you styled *Accelerant Specialty Insurance Company, et al. v. Gordon Dale Mann*, Case No. 9:25-cv-80480-DMM in the United States District Court for the Southern District of Florida. We have enclosed a courtesy copy of the Complaint for your review. Please advise us no later than May 2, 2025, as to whether you are willing to accept informal service of process. If you decline or we do not otherwise hear from you, we will put the Complaint out for formal service of process.

In the meantime, however, Insurer has agreed to defend you against liability claims arising from the incident pursuant to this reservation of rights and has appointed as defense counsel, Jason Harris, Esq. of Ferrell, Smith, O'Connell, Aarshim, Aprans, LLP. The appointment of defense counsel is at all times subject to both the August 27, 2024, Reservation of Rights letter and this Supplemental Reservation of Rights and may be withdrawn.

*Reservation of Rights and Notice of Suit*
April 21, 2025
Page 2 of 5

1. **Background**

It is our understanding that on September 4, 2022, you were navigating the scheduled Vessel, a 1988 63' Viking Gulfstar with hull identification no. GFS63004K788 (the "Vessel") south down the intracoastal waterway near Mill Creek in Pender County, North Carolina (the "incident") on your way to South Carolina when you were stopped by law enforcement for excessive speed. It is alleged that due to your high rate of speed, approximately 10mph to 20mph according to the North Carolina Boating Accident Report, the Vessel triggered a large wake which caused property damage to a dock, injury to a third party in another vessel and damage to that vessel. The Report notes your careless/reckless operation, excessive speed and the wake from your Vessel as the contributing factors to the accident.

According to the accident report, Lawrence Rivenbark was operating his 24' Robalo heading north on the intracoastal waterway when he encountered your Vessel and its large wake. He attempted to maneuver his smaller vessel so he would collide with your large wake bow first. Traci Rivenbark, his wife, was sitting on the bow of their vessel. When their vessel hit the wake and slammed back down, she complained of back pain. She sought medical attention and was diagnosed with a fractured L1 vertebrae. On August 20, 2024, you were served with a complaint by Traci Rivenbark, captioned *Traci Rivenbark v. Gordon Mann*, in the Superior Court of North Carolina, County of Pender, No. 23 CV 1310. The complaint alleges Mrs. Rivenbark sustained injuries as a result of your Vessel on September 4, 2022. On August 20, 2024, you provided notice of the claim to your broker, Total Dollar, who provided your notice of claim to Accelerant.

2. **The Policy**

Insurers issued you an insurance policy, policy no. CSRYP/211923, with effective dates of April 1, 2022, to April 1, 2023 (the "Policy"). The Policy provides, in relevant part, $300,000 in Third-Party Liability coverage with a $500 per claim deductible. The Policy also provided, in relevant part, as follows:

> **Endorsement 1**
> It is hereby noted and agreed that with effect from Tuesday August 2, 2022 The Scheduled Vessel is noted as being located at Atlantic Yacht Basin, 2615 Basin Rd, Chesapeake, VA 23322.
>
> Warranted that the Scheduled Vessel will be located and will only navigate north of Cape Hatteras July 1st to November 1st…. All other terms and conditions remain unaltered.

*   *   *

> **9. General Conditions & Warranties**

*Reservation of Rights and Notice of Suit*
April 21, 2025
Page 3 of 5

    iii. This Insuring Agreement incorporates in full Your application for insurance and together with any endorsements issued herein, constitutes the entire contract between You and Us. At Your request, various provisions of this Insuring Agreement may be varied by Us but only by Our prior written agreement.

    xx. Where any term herein is referred to as a 'warranty' or where any reference is made herein to the word 'warranted', the term shall be deemed a warranty and regardless of whether the same expressly provides that any breach will void this Insuring Agreement from inception, it is hereby agreed that any such breach will void this Insuring Agreement from inception.

*   *   *

    **10.  Your Duties in the Event of a Loss**
2. Within 30 days of a loss giving rise to any claim hereunder give Us written notification of the loss and its circumstances, this term is a condition precedent to our liability hereunder.

*   *   *

    **11. Service Of Suit, Choice Of Law And Forum**
It is hereby agreed that any dispute or claim arising hereunder (including non-contractual disputes or claims), or in connection with this Insuring Agreement, shall be adjudicated according to well established, entrenched principles and precedents of substantive United States Federal Admiralty law and practice but where no such well established, entrenched precedent exists, any dispute or claim arising hereunder (including non-contractual disputes or claims), or in connection with this Insuring Agreement, is subject to the substantive laws of the State of New York.

*   *   *   *   *

    3.  **<u>Reservation of Rights</u>**

Endorsement 1 of the Policy states that your "Vessel will be located and will only navigate north of Cape Hatteras July 1st to November 1st." According North Carolina Boating Accident Report, the incident occurred in Pender County, North Carolina.  Pender County is south of Cape Hatteras, North Carolina.  Therefore, it appears you are in breach of the Policy's navigational endorsement on the date of the incident since the Vessel was in fact south of Cape Hatteras.

*Reservation of Rights and Notice of Suit*
April 21, 2025
Page 4 of 5

Secondly, as noted above, the boating injury occurred on September 4, 2022. The Policy states you are required to give notice *within 30 days of a loss giving rise to any claim*. You did not provide notice of the claim until almost two years later, on August 20, 2024, after you were served with Traci Rivenbark's complaint. Instead, under the Policy's notice requirement, you were obligated to notify Accelerant within 30 days of the September 4, 2022 incident, or, at the very least, of receiving the accident report. Importantly, the accident report is reported as "Injury beyond first aid" which indicates the severity of Mrs. Rivenbark's injuries. Given the extent of Mrs. Rivenbark's injury and its inclusion in the accident report, notification of the claim should have been made within 30 days of receipt of the accident report or of the day of the incident. Since this condition precedent to coverage has been violated, the Policy would be considered void.

4. **Conclusion**

Although Insurer is still conducting its investigation in this incident, we want to make you aware that based on the foregoing provisions of the Policy and the claim presented, coverage may not exist.

Accordingly, Insurer reserves its right to deny you coverage. Insurer reserves the right to disclaim coverage, including indemnity and/or defense, to anyone else claiming coverage under the subject policy, and to disclaim for any other reason not discussed herein. Insurer reserves its right to supplement this letter.

Please note that excerpts of certain policy provisions are set forth in this letter. This information is provided to assist in your review of our analysis. The positions set forth in this letter are based on all of the provisions of the Policy, and not only on the excerpts cited herein. Additionally, certain terms listed herein may be defined by the Policy. Therefore, we ask you to refer to the Policy in its entirety as you review this letter so that you may understand the terms cited. Nothing in this letter is intended to modify the terms of the Policy. To the extent cited portions differ in any manner from the actual language of the Policy, the Policy language shall control. Further, inclusion of selected provisions of the Policy is not in any way intended to limit or waive our right to rely on additional Policy terms.

In addition to the foregoing, certain claims, injuries, and/or damages may be further limited or excluded entirely by policy provisions that have not been specified because their applicability is unknown at this time. Insurer reserves the right to disclaim insurance coverage to anyone else claiming coverage under the Policy, and to supplement and/or amend their coverage position at any time.

Nothing contained within this correspondence should be construed as a waiver by Insurer of any of its rights under the Policy or applicable law, including, but not limited to, its right to assert any additional coverage defenses warranted by facts revealed through subsequent investigation or other disclosure.

Insurer's coverage assessment is based on the information available and the facts as presently known. If you have any information that contradicts any of the assertions made herein or that you

*Reservation of Rights and Notice of Suit*
April 21, 2025
Page 5 of 5

believe warrants reconsideration of Insurer's coverage position, please send it to the undersigned as soon as possible for review and consideration.

We look forward to hearing from you or your representative(s) in the very near future. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Charles S. Davant
Jennifer S. Mulligan

Encl.: Reservation of Rights Letter dated August 27, 2024
       Declaratory Judgment Complaint with Exhibits

PitneyShip®

# History

| Shipments | Batch Shipments | USPS Stamps | Shipping Label Refunds | Postage | USPS Stamps Refunds |

⬆ Export    Job Status ▼

▼ USPS ▼            ▼ All Shipments ▼              Last 30 Days  📅              🔍 Search

| DATE ⇅ | RECIPIENT | SERVICE | TRACKING NUMBER | STATUS | AMOUNT ⇅ | USER ⇅ | COST ACCOUNT ⇅ |
|---|---|---|---|---|---|---|---|
| › 4/21/25 | Gordon Dale Mann | USPS Mail® First-Class | Tracking Number Unavailable | Label Printed | $2.59 | csd@davantlaw.com | |
| › 4/21/25 | Gordon Dale Mann | USPS Mail® First-Class | 9589071052700630472298 📋 | Label Printed | $11.54 | csd@davantlaw.com | |


©2015-2025 Pitney Bowes Inc.
All rights reserved.
Trademark Notices



Privacy    Powered by Pitney Bowes Shipping 360™ platform

**$11.54**
**US POSTAGE IMI**

04/21/2025
From 33301
0 lbs 5 ozs      **Pitney Bowes**      028W0002310234

2000067045

## USPS FIRST-CLASS™ MAIL

Charles Davant
Davant Law PA
12 SE 7th St, Ste 601
Fort Lauderdale FL 33301-3432

Return Receipt Requested

**C061**

GORDON DALE MANN
99 SE MIZNER BLVD, APT 733
BOCA RATON FL 33432-5046

**Recipient Address**
Gordon Dale Mann
99 SE Mizner Blvd, Apt 733
Boca Raton, FL 33432-5046, US

**Sender Address**
Charles Davant
Davant Law PA
12 SE 7th St, Ste 601
Fort Lauderdale, FL 33301-3432, US

**Carrier Account**
Sender: 2000067045 - USPS

**Tracking Number**
9589071052700630472298

**User**
csd@davantlaw.com

**Purchased On**
4/21/25, 12:58 PM

**Shipped On**
4/21/25

**Shipment Information**
My Envelope
5 oz

**Total Billable Weight**
5 oz

**Accounting and Reference**
Memo/Reference: 00614-Mann DJ and ROR

Carrier  USPS Tracking number  9589071052700630472298

| DATE & TIME | ACTIVITY | LOCATION |
|---|---|---|
| May 22, 2025, 4:37:00 PM | Return to Sender | FORT LAUDERDALE |
| May 21, 2025, 12:00:00 AM | In Transit to Next Facility | |
| May 16, 2025, 2:55:00 AM | Arrived at USPS Regional Facility | OPA LOCKA FL DISTRIBUTION CENTER |

| Service | Extra Service | Amount |
|---|---|---|
| ☐ First-Class Mail® - $2.59 | Certified Mail® > $4.85<br>Return Receipt > $4.10 | $11.54 |



**Recipient Address**
Gordon Dale Mann
99 SE Mizner Blvd, Apt 733
Boca Raton, FL 33432-5046, US

**Sender Address**
Charles Davant
Davant Law PA
12 SE 7th St, Ste 601
Fort Lauderdale, FL 33301-3432, US

**Carrier Account**
Sender: 2000067045 - USPS

**Tracking Number**
Tracking Number Unavailable

**User**
csd@davantlaw.com

**Purchased On**
4/21/25, 1:00 PM

**Shipped On**
4/21/25

**Shipment Information**
My Envelope
5 oz

**Total Billable Weight** ⓘ
5 oz

**Accounting and Reference**
Memo/Reference: 00614-Mann DJ and ROR

| Service | Extra Service | Amount |
|---|---|---|
| ☐ First-Class Mail® - $2.59 | | $2.59 |